IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATSUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.05-103-SLR |
| ) | |
| APPOQUINIMINK SCHOOL DISTRICT ) | |
| and TONY MARCHIO, individually and in ) | TRIAL BY JURY DEMANDED |
| his official capacity, MARY ANN ) | |
| MIECZKOWSKI, individually and in her ) | |
| official capacity, DONNA MITCHELL, ) | |
| individually and in her official capacity, and ) | |
| MARION PROFFITT, individually and in ) | |
| her official capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of the undersigned counsel as attorneys for Defendants, Appoquinimink School District, Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, and Marion Proffitt.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/  William W. Bowser
William W. Bowser, Esquire (No. 2239)
Adria B. Martinelli, Esquire (No. 4056)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6601; 571-6613
Facsimile: (302) 576-3282; 576-3314
Email:  wbowser@ycst.com; abmartinelli@ycst.com
Attorneys for Defendants

Dated:   March 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2005, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip B. Bartoshesky, Esquire
>Biggs and Battaglia
>921 North Orange Street
>Wilmington, DE  19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/  William W. Bowser
>William W. Bowser, Esquire (No. 2239)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware  19899-0391
>Telephone: (302) 571-6601
>Facsimile: (302) 576-3282
>Email:  wbowser@ycst.com
>Attorneys for Defendants

Dated:   March 22, 2005