IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OLGA ALEXANDRA YATSUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.05-103-SLR |
| | ) | |
| APPOQUINIMINK SCHOOL DISTRICT and TONY MARCHIO, individually and in his official capacity, MARY ANN MIECZKOWSKI, individually and in her official capacity, DONNA MITCHELL, individually and in her official capacity, and MARION PROFFITT, individually and in her official capacity, | ) ) ) ) ) ) ) ) ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel as attorneys for Defendants, Appoquinimink School District, Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, and Marion Proffitt.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (No. 2239)
Adria B. Martinelli, Esquire (No. 4056)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601; 571-6613
Facsimile: (302) 576-3282; 576-3314
Email: wbowser@ycst.com; abmartinelli@ycst.com
Attorneys for Defendants

Dated: March 22, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2005, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip B. Bartoshesky, Esquire
>Biggs and Battaglia
>921 North Orange Street
>Wilmington, DE  19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/  Adria B. Martinelli
>Adria B. Martinelli, Esquire (No. 4056)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware  19899-0391
>Telephone: (302) 571-6613
>Facsimile: (302) 576-3314
>Email:  abmartinelli@ycst.com
>Attorneys for Defendants

Dated:   March 22, 2005