IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-103-SLR |
| | ) |
| APPOQUINIMINK SCHOOL DISTRICT, | ) JURY TRIAL DEMANDED |
| and TONY MARCHIO, individually | ) |
| and in his official capacity, MARY ANN | ) |
| MIECZKOWSKI, individually and in her | ) |
| official capacity, DONNA MITCHELL, | ) |
| individually and in her official capacity, and | ) |
| MARION PROFFITT, individually | ) |
| and in her official capacity, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 9th day of August, 2005, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the Court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b),

IT IS ORDERED that:

1. **Pre-discovery Disclosures.** The parties will exchange the information required by Fed. R. Civ. P. 26(a) and D. Del. LR 16.2 by August 10, 2005.

2. **Discovery.**

    (a) Discovery will needed for the factual basis for claims and any damages incurred by Plaintiff as a result of the alleged violations, and any defenses raised by the Defendant.

    (b) All discovery shall be commenced in time to be completed by May 1, 2006.

(c) Maximum of 50 interrogatories by each party to any other party.

(d) Maximum of 25 requests for admission by each party to any other party.

(e) Maximum of 12 depositions by Plaintiff and 12 by Defendant.

(f) Each deposition is limited to a maximum of 5 hours unless extended by agreement of parties except for the Plaintiff's deposition, which shall be limited to 7 hours.

(g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof are due by December 14, 2005. Rebuttal reports are due by February 5, 2006.

(h) **Discovery Disputes**. Any discovery dispute shall be submitted to the Court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The Court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification**. All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before October 3, 2005.

4. **Settlement Conference**. Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5.  **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before July 3, 2006. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment brief may be filed more than **ten (10)** days from the above date without leave of the Court.

6.  **Applications by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to Chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

7.  **Motions *in Limine*.** All motions *in limine* shall be filed on or before October 10, 2006. All responses to said motions shall be filed on or before October 17, 2006.

8.  **Pretrial Conference.** A pretrial conference will be held on October 24, 2006 at 4:30 p.m. in Courtroom 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9.  **Trial.** This matter is scheduled for a 5 day jury trial commencing on November 6, 2006 in Courtroom 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge