IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> APPOQUINIMINK SCHOOL DISTRICT : <br> and TONY MARCHIO, individually : <br> and in his official capacity, MARY ANN : <br> MIECZKOWSKI, individually and in her : <br> official capacity, DONNA MITCHELL, : <br> individually and in her official capacity, : <br> and MARION PROFFITT, individually : <br> and in her official capacity, : <br> : <br> Defendants. : | Case No.: 05-103 SLR <br><br><br><br> **TRIAL BY JURY DEMANDED** |

I, Philip B. Bartoshesky, do hereby certify that on August 10, 2005, I electronically filed a true and correct copy of the **NOTICE OF SERVICE** for **PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** with the Clerk of the Court using CM/ECF, a copy of the aforementioned has been forwarded to counsel of record by hand delivery:

>William W. Bowser, Esq.
>Adria B. Martinelli, Esq.
>Young Conaway Stargatt & Taylor, LLP
>The Brandywine Bldg., 17th Floor
>1000 West St.
>Wilmington, DE 19801

>**BIGGS & BATTAGLIA**
>/s Philip B. Bartoshesky
>Philip B. Bartoshesky (#2056)
>912 N. Orange Street
>P.O. Box 1489
>Wilmington, DE 19899
>(302) 655-9677
>Attorney for Plaintiff

Dated: August 10, 2005