IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OLGA ALEXANDRA YATZUS, | : | |
| | : | |
| Plaintiff, | : | Case No.: 05-103 SLR |
| | : | |
| v. | : | |
| | : | |
| APPOQUINIMINK SCHOOL DISTRICT | : | |
| and TONY MARCHIO, individually | : | **TRIAL BY JURY DEMANDED** |
| and in his official capacity, MARY ANN | : | |
| MIECZKOWSKI, individually and in her | : | |
| official capacity, DONNA MITCHELL, | : | |
| individually and in her official capacity, | : | |
| and MARION PROFFITT, individually | : | |
| and in her official capacity, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF SERVICE**

    I, Philip B. Bartoshesky, Esquire, do hereby certify that on the 10th day of October, 2005 two true and correct copies of **Plaintiff's First Set of Interrogatories directed to All Defendants** were forwarded via hand delivery to the following:

William W. Bowser, Esq.
Adria B. Martinelli, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Floor
1000 West St.
Wilmington, DE 19801

                               **BIGGS & BATTAGLIA**
                               /s Philip B. Bartoshesky
                               Philip B. Bartoshesky (#2056)
                               912 N. Orange Street
                               P.O. Box 1489
                               Wilmington, DE 19899
                               (302) 655-9677
                               Attorney for Plaintiff

Dated: October 10, 2005