IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OLGA ALEXANDRA YATZUS, | : | |
| | : | |
| Plaintiff, | : | Case No.: 05-103 SLR |
| | : | |
| v. | : | |
| | : | |
| APPOQUINIMINK SCHOOL DISTRICT and TONY MARCHIO, individually and in his official capacity, MARY ANN MIECZKOWSKI, individually and in her official capacity, DONNA MITCHELL, individually and in her official capacity, and MARION PROFFITT, individually and in her official capacity, | : | **TRIAL BY JURY DEMANDED** |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Philip B. Bartoshesky, Esquire, do hereby certify that on the 10th day of October, 2005 two true and correct copies of **PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO ALL DEFENDANTS** were forwarded via hand delivery to the following:

William W. Bowser, Esq.
Adria B. Martinelli, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Floor
1000 West St.
Wilmington, DE 19801

                                                                        **BIGGS & BATTAGLIA**
                                                                        /s Philip B. Bartoshesky
                                                                        Philip B. Bartoshesky (#2056)
                                                                        912 N. Orange Street
                                                                        P.O. Box 1489
                                                                        Wilmington, DE 19899
                                                                        (302) 655-9677
                                                                        Attorney for Plaintiff

Dated: September 8, 2005

Dated: