IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) C.A. No. 05-103-SLR <br> APPOQUINIMINK SCHOOL DISTRICT ) <br> and TONY MARCHIO, individually and in ) <br> his official capacity, MARY ANN ) TRIAL BY JURY DEMANDED <br> MIECZKOWSKI, individually and in her ) <br> official capacity, DONNA MITCHELL, ) <br> individually and in her official capacity, and ) <br> MARION PROFFITT, individually and in ) <br> her official capacity, ) <br> ) <br> Defendants. ) | |

## NOTICE OF RECORDS DEPOSITION

TO: Philip B. Bartoshesky, Esquire
Biggs & Battaglia
921 Orange Street
P.O. Box 1489
Wilmington, DE 19899

PLEASE TAKE NOTICE that Defendants have served the attached subpoena *duces tecum* on New Castle County Vocational Technical School District requesting that it deliver documents to the law offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, on November 10, 2005, at 9:00 a.m.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
Adria B. Martinelli, Esquire (No. 4056)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6613
Facsimile: (302) 576-3314
Email: amartinelli@ycst.com
Attorneys for Defendants

Dated: October 27, 2005

DB01:1393148.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2005, I electronically filed a true and correct copy of the foregoing Notice of Records Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip B. Bartoshesky, Esquire
>Biggs & Battaglia
>912 N. Orange Street
>P.O. Box 1489
>Wilmington, DE  19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/  Adria B. Martinelli
>_____
>Adria B. Martinelli, Esquire (No. 4056)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware  19899-0391
>Telephone: (302) 571-6613
>Facsimile: (302) 576-3314
>Email:  amartinelli@ycst.com
>Attorneys for Defendants

Dated:   October 27, 2005