IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | C.A. No. 05-103-SLR |
| APPOQUINIMINK SCHOOL DISTRICT and ) | |
| TONY MARCHIO, individually and in his ) | |
| official capacity, MARY ANN ) | TRIAL BY JURY DEMANDED |
| MIECZKOWSKI, individually and in her ) | |
| official capacity, DONNA MITCHELL, ) | |
| individually and in her official capacity, and ) | |
| MARION PROFFITT, individually and in her ) | |
| official capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

      I, Adria B. Martinelli, Esquire, hereby certify that on November 22, 2005, two copies of Defendants' Response to Plaintiff's First Request for Production of Documents were hand delivered to the following counsel of record:

>Philip B. Bartoshesky, Esquire (#2056)
>Biggs & Battaglia
>912 N. Orange Street
>P.O. Box 1489
>Wilmington, DE  19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/  Adria B. Martinelli
>―――――――――――――――――――――
>William W. Bowser, Esquire (No. 2239)
>Adria B. Martinelli, Esquire (No. 4056)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware  19899-0391
>Telephone: (302) 571-6601; (302) 571-6613
>Facsimile: (302) 576-3282; (302) 576-3314
>Email:  wbowser@ycst.com; amartinelli@ycst.com
>Attorneys for Defendants

Dated:   November 22, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2005, I electronically filed a true and correct copy of the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip B. Bartoshesky, Esquire
> Biggs & Battaglia
> 912 N. Orange Street
> P.O. Box 1489
> Wilmington, DE  19899

I further certify that on November 22, 2005, I caused a copy of the foregoing Notice of Service to be served by hand-delivery on the following counsel of record:

> Philip B. Bartoshesky, Esquire
> Biggs & Battaglia
> 912 N. Orange Street
> P.O. Box 1489
> Wilmington, DE  19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/  Adria B. Martinelli
William W. Bowser, Esquire (No. 2239)
Adria B. Martinelli, Esquire (No. 4056)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6601; (302) 571-6613
Facsimile: (302) 576-3282; (302) 576-3314
Email:  wbowser@ycst.com; amartinelli@ycst.com
Attorneys for Defendants

Dated:   November 22, 2005