IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPOQUINIMINK SCHOOL DISTRICT ) <br> and TONY MARCHIO, individually and in ) <br> his official capacity, MARY ANN ) <br> MIECZKOWSKI, individually and in her ) <br> official capacity, DONNA MITCHELL, ) <br> individually and in her official capacity, and ) <br> MARION PROFFITT, individually and in ) <br> her official capacity, ) <br> ) <br> Defendants. ) | C.A. No. 05-103-SLR <br><br> **TRIAL BY JURY DEMANDED** |

## NOTICE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on December 13, 2005, copies of **Defendants' Second Set of Interrogatories Directed to Plaintiff** were served upon the following counsel of record:

>Philip B. Bartoshesky (via hand delivery)
>Biggs & Battaglia
>912 N. Orange Street
>P.O. Box 1489
>Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I, Adria B. Martinelli, Esquire, hereby certify that on December 13, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip B. Bartoshesky, Esquire (#2056)
>Biggs & Battaglia
>912 N. Orange Street
>P.O. Box 1489
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Adria B. Martinelli
>―――――――――――――――――――――
>William W. Bowser, Esquire (Bar I.D. 2239)
>Adria B. Martinelli, Esquire (Bar I.D. 4056)
>The Brandywine Building
>1000 West Street
>Wilmington, Delaware 19801
>Telephone: (302) 571-6601
>Facsimile: (302) 576-3282
>Email: wbowser@ycst.com