IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OLGA ALEXANDRA YATZUS, | : | |
| | : | |
| Plaintiff, | : | Case No.: 05-103 SLR |
| | : | |
| v. | : | |
| | : | |
| APPOQUINIMINK SCHOOL DISTRICT | : | |
| and TONY MARCHIO, individually | : | **TRIAL BY JURY DEMANDED** |
| and in his official capacity, MARY ANN | : | |
| MIECZKOWSKI, individually and in her | : | |
| official capacity, DONNA MITCHELL, | : | |
| individually and in her official capacity, | : | |
| and MARION PROFFITT, individually | : | |
| and in her official capacity, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITIONS

TO:   William W. Bowser, Esquire
      Adria B. Martinelli, Esquire
      Young Conaway Stargatt & Taylor, LLP
      1000 West Street, 17th Floor
      Wilmington, DE 19801

   PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions o

the following persons at the office of Biggs and Battaglia, 921 Orange Street, Wilmington, DE

19801 at the following dates and times:

| | | |
|---|---|---|
| Donna Mitchell | January 24, 2006 | 10:00 a.m. |
| Tony Marchio | January 25, 2006 | 10:00 a.m. |
| Marion Proffitt | January 26, 2006 | 10:00 a.m. |
| Mary Ann Mieczkowski | January 27, 2006 | 10:00 a.m. |

-1-

BIGGS AND BATTAGLIA

   /s/ Philip B. Bartoshesky
Philip B. Barotshesky (ID# 2056)
921 Orange Street
Wilmington, DE 19801
(302) 655-9677
Pbarto@batlaw.com
Attorney for Plaintiff

Dated:  December 19, 2005

# <u>CERTIFICATE OF SERVICE</u>

I, Philip B. Bartoshesky, Esquire, do hereby certify that on the 19th day of December, 2005 one true and correct copy of **NOTICE OF DEPOSITIONS** were forwarded via Electronic Filing to the following:

William W. Bowser, Esq.
Adria B. Martinelli, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Floor
1000 West St.
Wilmington, DE 19801

                                                **BIGGS AND BATTAGLIA**

                                                <u>/s/ Philip B. Bartoshesky</u>
                                                Philip B. Bartoshesky, Esquire
                                                921 Orange Street
                                                P.O. Box 1489
                                                Wilmington DE 19899-1489
                                                (302) 655-9677
                                                Attorney for Plaintiffs