IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS,<br>      Plaintiff,<br>  v.<br>APPOQUINIMINK SCHOOL DISTRICT and TONY MARCHIO, individually and in his official capacity, MARY ANN MIECZKOWSKI, individually and in her official capacity, DONNA MITCHELL, individually and in her official capacity, and MARION PROFFITT, individually and in her official capacity,<br>      Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 05-103-SLR<br>)<br>)<br>) **TRIAL BY JURY DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DEPOSITION OF STEVEN H. GODOWSKY, Ed.D.

    PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of **Steven H. Godowsky, Ed.D.**, Superintendent of New Castle County Vo-Tech School District, on **Wednesday, March 29, 2006, at 10:00 a.m.** This deposition will take place at the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 17th Floor, 1000 West Street, Wilmington, DE 19801, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means and may be recorded by videotape.

            YOUNG CONAWAY STARGATT & TAYLOR, LLP

            /s/ Adria B. Martinelli
            Adria B. Martinelli, Esquire (Bar I.D. 4056)
            The Brandywine Building, 17th Floor
            1000 West Street, P.O. Box 391
            Wilmington, Delaware 19899-0391
            Telephone: (302) 571-6613
            Facsimile: (302) 576-3314
            Email: amartinelli@ycst.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPOQUINIMINK SCHOOL DISTRICT ) <br> and TONY MARCHIO, individually and in ) <br> his official capacity, MARY ANN ) <br> MIECZKOWSKI, individually and in her ) <br> official capacity, DONNA MITCHELL, ) <br> individually and in her official capacity, and ) <br> MARION PROFFITT, individually and in ) <br> her official capacity, ) <br> ) <br> Defendants. ) | C.A. No. 05-103-SLR <br><br> **TRIAL BY JURY DEMANDED** |

## CERTIFICATE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on February 2, 2006, I electronically filed a true and correct copy of the foregoing **Notice of Deposition of Steven H. Godowsky, Ed.D.,** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip B. Bartoshesky, Esquire (#2056)
> Biggs & Battaglia
> 912 N. Orange Street
> P.O. Box 1489
> Wilmington, DE 19899

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> /s/ Adria B. Martinelli
> William W. Bowser, Esquire (Bar I.D. 2239)
> Adria B. Martinelli, Esquire (Bar I.D. 4056)
> The Brandywine Building
> 1000 West Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6601
> Facsimile: (302) 576-3282
> Email: wbowser@ycst.com