IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS,<br>        Plaintiff,<br>v.<br>APPOQUINIMINK SCHOOL DISTRICT and TONY MARCHIO, individually and in his official capacity, MARY ANN MIECZKOWSKI, individually and in her official capacity, DONNA MITCHELL, individually and in her official capacity, and MARION PROFFITT, individually and in her official capacity,<br>        Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 05-103-SLR<br>)<br>)<br>) **TRIAL BY JURY DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEPOSITION OF JAMES W. DOOLEY, JR.**

TO:    Philip B. Bartoshesky, Esquire
          Biggs & Battaglia
          912 N. Orange Street
          P.O. Box 1489
          Wilmington, DE 19899

        PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of **James W. Dooley, Jr.**, on **Thursday, April 6, 2006, at 10:00 a.m.** This deposition will take place at the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 17th Floor, 1000 West Street, Wilmington, DE 19801, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means and may be recorded by videotape.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Adria B. Martinelli
                Adria B. Martinelli, Esquire (Bar I.D. 4056)
                The Brandywine Building, 17th Floor
                1000 West Street, P.O. Box 391
                Wilmington, Delaware 19899-0391
                Telephone: (302) 571-6613
                Facsimile: (302) 576-3314
                Email: amartinelli@ycst.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPOQUINIMINK SCHOOL DISTRICT ) <br> and TONY MARCHIO, individually and in ) <br> his official capacity, MARY ANN ) <br> MIECZKOWSKI, individually and in her ) <br> official capacity, DONNA MITCHELL, ) <br> individually and in her official capacity, and ) <br> MARION PROFFITT, individually and in ) <br> her official capacity, ) <br> ) <br> Defendants. ) | C.A. No. 05-103-SLR <br><br> **TRIAL BY JURY DEMANDED** |

## CERTIFICATE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on February 2, 2006, I electronically filed a true and correct copy of the foregoing **Notice of Deposition of James W. Dooley, Jr.,** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip B. Bartoshesky, Esquire (#2056)
> Biggs & Battaglia
> 912 N. Orange Street
> P.O. Box 1489
> Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com