IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS,<br>　　　　Plaintiff,<br>v.<br>APPOQUINIMINK SCHOOL DISTRICT and TONY MARCHIO, individually and in his official capacity, MARY ANN MIECZKOWSKI, individually and in her official capacity, DONNA MITCHELL, individually and in her official capacity, and MARION PROFFITT, individually and in her official capacity,<br>　　　　Defendants. | )<br>)<br>)<br>) C.A. No. 05-103-SLR<br>)<br>)<br>) **TRIAL BY JURY DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DEPOSITION OF OLGA YATZUS

TO:　Philip B. Bartoshesky, Esquire
　　　Biggs & Battaglia
　　　912 N. Orange Street
　　　P.O. Box 1489
　　　Wilmington, DE 19899

　　　PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of **Olga Yatzus**, on **Thursday, March 30, 2006, at 9:30 a.m.** This deposition will take place at the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 17th Floor, 1000 West Street, Wilmington, DE 19801, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means and may be recorded by videotape.

　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　/s/ Adria B. Martinelli
　　　　　　　　　　Adria B. Martinelli, Esquire (Bar I.D. 4056)
　　　　　　　　　　The Brandywine Building, 17th Floor
　　　　　　　　　　1000 West Street, P.O. Box 391
　　　　　　　　　　Wilmington, Delaware 19899-0391
　　　　　　　　　　Telephone: (302) 571-6613
　　　　　　　　　　Facsimile: (302) 576-3314
　　　　　　　　　　Email: amartinelli@ycst.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) <br> ) <br>         Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> APPOQUINIMINK SCHOOL DISTRICT ) <br> and TONY MARCHIO, individually and in ) <br> his official capacity, MARY ANN ) <br> MIECZKOWSKI, individually and in her ) <br> official capacity, DONNA MITCHELL, ) <br> individually and in her official capacity, and ) <br> MARION PROFFITT, individually and in ) <br> her official capacity, ) <br> ) <br>         Defendants. ) | C.A. No. 05-103-SLR <br><br> **TRIAL BY JURY DEMANDED** |

## **CERTIFICATE OF SERVICE**

      I, Adria B. Martinelli, Esquire, hereby certify that on February 2, 2006, I electronically filed a true and correct copy of the foregoing **Notice of Deposition of Olga Yatzus,** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

      Philip B. Bartoshesky, Esquire (#2056)
      Biggs & Battaglia
      912 N. Orange Street
      P.O. Box 1489
      Wilmington, DE 19899

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      /s/ Adria B. Martinelli
      William W. Bowser, Esquire (Bar I.D. 2239)
      Adria B. Martinelli, Esquire (Bar I.D. 4056)
      The Brandywine Building
      1000 West Street
      Wilmington, Delaware 19801
      Telephone: (302) 571-6601
      Facsimile: (302) 576-3282
      Email: wbowser@ycst.com