IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) <br>                 Plaintiff, ) <br>                           ) <br>       v.                        ) <br>                           ) <br> APPOQUINIMINK SCHOOL DISTRICT ) <br> and TONY MARCHIO, individually and in ) <br> his official capacity, MARY ANN ) <br> MIECZKOWSKI, individually and in her ) <br> official capacity, DONNA MITCHELL, ) <br> individually and in her official capacity, and ) <br> MARION PROFFITT, individually and in ) <br> her official capacity, ) <br>                           ) <br>                 Defendants. ) | C.A. No. 05-103-SLR <br><br> **TRIAL BY JURY DEMANDED** |

**JOINT STIPULATION AND ORDER**
**TO AMEND EXPERT REPORT DEADLINE**

The parties hereby stipulate, subject to approval of the Court, to amend the deadline imposed in paragraph 2(g) of the Court's August 9, 2005, Scheduling Order. That paragraph provides that rebuttal reports for experts retained under Rule 26(a)(2) are due by February 5, 2006. The parties agree that Defendants' economist's rebuttal expert report will be filed by April 14, 2006, and their psychologist's rebuttal expert report will be filed by May 1, 2006. All other dates on the August 9, 2005, Scheduling Order shall remain unchanged.

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        /s/ Adria B. Martinelli
                                        Adria B. Martinelli, Esquire (Bar I.D. 4056)
                                        The Brandywine Building, 17th Floor
                                        1000 West Street, P.O. Box 391
                                        Wilmington, Delaware 19899-0391
                                        Telephone: (302) 571-6613
                                        Facsimile: (302) 576-3314
                                        Email: amartinelli@ycst.com

        BIGGS & BATTAGLIA

        <u>/s/ Philip B. Bartoshesky      </u>
        Philip B. Bartoshesky, Esquire (Bar I.D. 2056)
        912 N. Orange Street
        P.O. Box 1489
        Wilmington, DE 19899
        Telephone: (302) 655-9677
        Email: pbarto@batlaw.com

  IT IS SO ORDERED this _____ day of _____, 2006.

        _____
        Chief Judge Sue L. Robinson