IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

OLGA ALEXANDRA YATZUS,                        :
                                              :
        Plaintiff,                            :        Case No.:  05-103 SLR
                                              :
        v.                                    :
                                              :
APPOQUINIMINK SCHOOL DISTRICT                 :
and TONY MARCHIO, individually                :        **TRIAL BY JURY DEMANDED**
and in his official capacity, MARY ANN        :
MIECZKOWSKI, individually and in her          :
official capacity, DONNA MITCHELL,            :
individually and in her official capacity,    :
and MARION PROFFITT, individually             :
and in her official capacity,                 :
                                              :
        Defendants.                           :

**NOTICE OF SERVICE**


        I, Philip B. Bartoshesky, Esquire, do hereby certify that on the 20th  day of February, 2006

one true and correct copy of **PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND SET OF**

**INTERROGATORIES** were forwarded via electronic filing to the following:

William W. Bowser, Esq.
Adria B. Martinelli, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Floor
1000 West St.
Wilmington, DE 19801


                                              **BIGGS & BATTAGLIA**
                                              /s Philip B. Bartoshesky
                                              Philip B. Bartoshesky (#2056)
                                              912 N. Orange Street
                                              P.O. Box 1489
                                              Wilmington, DE 19899
                                              (302) 655-9677
                                              Attorney for Plaintiff