IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OLGA ALEXANDRA YATZUS, | : | |
| | : | |
| Plaintiff, | : | Case No.: 05-103 SLR |
| | : | |
| v. | : | |
| | : | |
| APPOQUINIMINK SCHOOL DISTRICT and TONY MARCHIO, individually and in his official capacity, MARY ANN MIECZKOWSKI, individually and in her official capacity, DONNA MITCHELL, individually and in her official capacity, and MARION PROFFITT, individually and in her official capacity, | : | **TRIAL BY JURY DEMANDED** |
| | : | |
| Defendants. | : | |

### RE-NOTICE OF DEPOSITION

TO:  William W. Bowser, Esquire
     Adria B. Martinelli, Esquire
     Young Conaway Stargatt & Taylor, LLP
     1000 West Street, 17th Floor
     Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions o

the following persons at the office of Biggs and Battaglia, 921 Orange Street, Wilmington, DE

19801 at the following dates and times:

Judy Green                March 15, 2006              9:30 a.m.

                                                  BIGGS AND BATTAGLIA
                                                /s/ Philip B. Bartoshesky
                                          Philip B. Barotshesky (ID# 2056)
                                          921 Orange Street
                                          Wilmington, DE 19801
                                          (302) 655-9677
                                          Pbarto@batlaw.com
                                          Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, Philip B. Bartoshesky, Esquire, do hereby certify that on February 28, 2006, one true and correct copy of **NOTICE OF DEPOSITIONS** were forwarded via Electronic Filing to the following:

William W. Bowser, Esq.
Adria B. Martinelli, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Floor
1000 West St.
Wilmington, DE 19801

**BIGGS AND BATTAGLIA**

        /s/ Philip B. Bartoshesky
Philip B. Bartoshesky, Esquire
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
Attorney for Plaintiffs