IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OLGA ALEXANDRA YATZUS, | : | |
| | : | |
| Plaintiff, | : | Case No.: 05-103 SLR |
| | : | |
| v. | : | |
| | : | |
| APPOQUINIMINK SCHOOL DISTRICT | : | |
| and TONY MARCHIO, individually | : | **TRIAL BY JURY DEMANDED** |
| and in his official capacity, MARY ANN | : | |
| MIECZKOWSKI, individually and in her | : | |
| official capacity, DONNA MITCHELL, | : | |
| individually and in her official capacity, | : | |
| and MARION PROFFITT, individually | : | |
| and in her official capacity, | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF DEPOSITION

TO:   William W. Bowser, Esquire
      Adria B. Martinelli, Esquire
      Young Conaway Stargatt & Taylor, LLP
      1000 West Street, 17th Floor
      Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions o

the following persons at the office of Biggs and Battaglia, 921 Orange Street, Wilmington, DE

19801 at the following dates and times:

   Sharon Hill            March 15, 2006            2:30 p.m.

                                    BIGGS AND BATTAGLIA
                                        /s/ Philip B. Bartoshesky
                                    Philip B. Barotshesky (ID# 2056)
                                    921 Orange Street
                                    Wilmington, DE 19801
                                    (302) 655-9677
                                    Pbarto@batlaw.com
                                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Philip B. Bartoshesky, Esquire, do hereby certify that on February 28, 2006, one true and correct copy of **NOTICE OF DEPOSITIONS** were forwarded via Electronic Filing to the following:

William W. Bowser, Esq.
Adria B. Martinelli, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Floor
1000 West St.
Wilmington, DE 19801

**BIGGS AND BATTAGLIA**

/s/ Philip B. Bartoshesky
Philip B. Bartoshesky, Esquire
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
Attorney for Plaintiffs