IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

OLGA ALEXANDRA YATZUS,         :

                                :

      Plaintiff,             :        Case No.:  05-103 SLR

                                :

           v.                :

                                :

APPOQUINIMINK SCHOOL DISTRICT :
and TONY MARCHIO, individually   :      **TRIAL BY JURY DEMANDED**
and in his official capacity, MARY ANN :
MIECZKOWSKI, individually and in   :
her official capacity, DONNA MITCHELL, :
individually and in her official capacity,  :
and MARION PROFFITT, individually   :
and in her official capacity,           :

                                :

      Defendants.          :

## NOTICE OF VACATION OF DEPOSITION
## AND RE-NOTICE OF DEPOSITION

TO:    William W. Bowser, Esquire
       Adria B. Martinelli, Esquire
       Young Conaway Stargatt & Taylor, LLP
       1000 West Street, 17th Floor
       Wilmington, DE 19801

       PLEASE TAKE NOTICE that the deposition of Mary Ann Mieczkowski currently

scheduled for Wednesday, March 22, 2006 at 10:00 a.m. is vacated and undersigned will now

take the oral deposition of Mary Ann Mieczkowski on Wednesday, April 12, 2006 at 10:00 a.m.

in the offices of Biggs and Battaglia at 921 Orange Street, Wilmington, Delaware 19801.

                                          **BIGGS AND BATTAGLIA**
                                         /s/ Philip B. Bartoshesky
                                      Philip B. Barotshesky (ID# 2056)
                                      921 Orange Street
                                      Wilmington, DE 19801
                                      (302) 655-9677
                                      Pbarto@batlaw.com
                                      Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, Philip B. Bartoshesky, Esquire, do hereby certify that on March 16, 2006 one true and correct copy of **NOTICE OF VACATION OF DEPOSITION AND RE-NOTICE OF DEPOSITION** were forwarded via Electronic Filing to the following:

William W. Bowser, Esq.
Adria B. Martinelli, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Floor
1000 West St.
Wilmington, DE 19801


**BIGGS AND BATTAGLIA**


_____/s/ Philip B. Bartoshesky
Philip B. Bartoshesky, Esquire
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
Attorney for Plaintiffs