IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) | |
|         Plaintiff, ) | |
| v. ) | |
| ) | C.A. No. 05-103-SLR |
| APPOQUINIMINK SCHOOL DISTRICT ) and TONY MARCHIO, individually and in ) his official capacity, MARY ANN ) MIECZKOWSKI, individually and in her ) official capacity, DONNA MITCHELL, ) individually and in her official capacity, and ) MARION PROFFITT, individually and in ) her official capacity, ) ) | **TRIAL BY JURY DEMANDED** |
|         Defendants. ) | |

**NOTICE OF CONTINUATION OF DEPOSITION OF OLGA YATZUS**

TO:   Philip B. Bartoshesky, Esquire
Biggs & Battaglia
912 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899

       PLEASE TAKE NOTICE that the undersigned will continue to take the deposition upon oral examination of **Olga Yatzus**, on **Wednesday, April 26, 2006, at 9:30 a.m.** This deposition will take place at the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 17th Floor, 1000 West Street, Wilmington, DE 19801, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means.

       YOUNG CONAWAY STARGATT & TAYLOR, LLP

       /s/ Adria B. Martinelli
       Adria B. Martinelli, Esquire (Bar I.D. 4056)
       The Brandywine Building, 17th Floor
       1000 West Street, P.O. Box 391
       Wilmington, Delaware 19899-0391
       Telephone: (302) 571-6613
       Facsimile: (302) 576-3314
       Email: amartinelli@ycst.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-103-SLR |
| ) | |
| APPOQUINIMINK SCHOOL DISTRICT ) | |
| and TONY MARCHIO, individually and in ) | **TRIAL BY JURY DEMANDED** |
| his official capacity, MARY ANN ) | |
| MIECZKOWSKI, individually and in her ) | |
| official capacity, DONNA MITCHELL, ) | |
| individually and in her official capacity, and ) | |
| MARION PROFFITT, individually and in ) | |
| her official capacity, ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I, Adria B. Martinelli, Esquire, hereby certify that on April 11, 2006, I electronically filed a true and correct copy of the foregoing **Notice of Continuation of Deposition of Olga Yatzus,** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip B. Bartoshesky, Esquire (#2056)
> Biggs & Battaglia
> 912 N. Orange Street
> P.O. Box 1489
> Wilmington, DE 19899
>
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Adria B. Martinelli
> William W. Bowser, Esquire (Bar I.D. 2239)
> Adria B. Martinelli, Esquire (Bar I.D. 4056)
> The Brandywine Building
> 1000 West Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6601
> Facsimile: (302) 576-3282
> Email: wbowser@ycst.com