IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, )<br>        Plaintiff, )<br>   v. )<br>APPOQUINIMINK SCHOOL DISTRICT )<br>and TONY MARCHIO, individually and in )<br>his official capacity, MARY ANN )<br>MIECZKOWSKI, individually and in her )<br>official capacity, DONNA MITCHELL, )<br>individually and in her official capacity, and )<br>MARION PROFFITT, individually and in )<br>her official capacity, )<br>        Defendants. ) | C.A. No. 05-103-SLR<br><br>**TRIAL BY JURY DEMANDED** |

### NOTICE OF DEPOSITION OF JOSEPH BRYER, M.D.

TO:   Philip B. Bartoshesky, Esquire
       Biggs & Battaglia
       912 N. Orange Street
       P.O. Box 1489
       Wilmington, DE 19899

      PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of **Joseph Bryer, M.D.**, on **Tuesday, May 2, 2006, at 1 p.m.** This deposition will take place at the law offices of Joseph Bryer, M.D., 2300 Pennsylvania Avenue, Suite 3B, Wilmington, Delaware 19806, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means.

                 YOUNG CONAWAY STARGATT & TAYLOR, LLP

                 /s/ Adria B. Martinelli
                 Adria B. Martinelli, Esquire (Bar I.D. 4056)
                 The Brandywine Building, 17th Floor
                 1000 West Street, P.O. Box 391
                 Wilmington, Delaware 19899-0391
                 Telephone: (302) 571-6613
                 Facsimile: (302) 576-3314
                 Email: amartinelli@ycst.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-103-SLR |
| ) | |
| APPOQUINIMINK SCHOOL DISTRICT ) | |
| and TONY MARCHIO, individually and in ) | **TRIAL BY JURY DEMANDED** |
| his official capacity, MARY ANN ) | |
| MIECZKOWSKI, individually and in her ) | |
| official capacity, DONNA MITCHELL, ) | |
| individually and in her official capacity, and ) | |
| MARION PROFFITT, individually and in ) | |
| her official capacity, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Adria B. Martinelli, Esquire, hereby certify that on April 11, 2006, I electronically filed a true and correct copy of the foregoing **Notice of Deposition of Joseph Bryer, M.D.,** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Philip B. Bartoshesky, Esquire (#2056)
Biggs & Battaglia
912 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com