IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

OLGA ALEXANDRA YATZUS,                    )
                              Plaintiff,  )
                                          )
        v.                                )
                                          )   C.A. No. 05-103-SLR
APPOQUINIMINK SCHOOL DISTRICT             )
and TONY MARCHIO, individually and in     )
his official capacity, MARY ANN           )
MIECZKOWSKI, individually and in her      )   **TRIAL BY JURY DEMANDED**
official capacity, DONNA MITCHELL,        )
individually and in her official capacity, and )
MARION PROFFITT, individually and in      )
her official capacity,                    )
                                          )
                              Defendants. )

## NOTICE OF DEPOSITION OF ROBERT F. MINNEHAN, Ph.D.

TO:     Philip B. Bartoshesky, Esquire
        Biggs & Battaglia
        912 N. Orange Street
        P.O. Box 1489
        Wilmington, DE 19899

        PLEASE TAKE NOTICE that the undersigned will take the deposition

upon oral examination of **Robert F. Minnehan, Ph.D.**, on **Thursday, April 27, 2006, at**

**10 a.m.**  This deposition will take place at the law offices of Young Conaway Stargatt &

Taylor, LLP, The Brandywine Building, 17th Floor, 1000 West Street, Wilmington, DE

19801, before an officer authorized to take such depositions.  The deposition will be

recorded by stenographic means.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Adria B. Martinelli
                Adria B. Martinelli, Esquire (Bar I.D. 4056)
                The Brandywine Building, 17th Floor
                1000 West Street, P.O. Box 391
                Wilmington, Delaware 19899-0391
                Telephone: (302) 571-6613
                Facsimile: (302) 576-3314
                Email: amartinelli@ycst.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

OLGA ALEXANDRA YATZUS, )
)
Plaintiff, )
v. ) C.A. No. 05-103-SLR
)
APPOQUINIMINK SCHOOL DISTRICT )
and TONY MARCHIO, individually and in ) **TRIAL BY JURY DEMANDED**
his official capacity, MARY ANN )
MIECZKOWSKI, individually and in her )
official capacity, DONNA MITCHELL, )
individually and in her official capacity, and )
MARION PROFFITT, individually and in )
her official capacity, )
)
Defendants. )

## CERTIFICATE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on April 11, 2006, I

electronically filed a true and correct copy of the foregoing **Notice of Deposition of Robert F.**

**Minnehan, Ph.D.,** with the Clerk of the Court using CM/ECF, which will send notification that

such filing is available for viewing and downloading to the following counsel of record:

Philip B. Bartoshesky, Esquire (#2056)
Biggs & Battaglia
912 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com