IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-103-SLR |
| ) | |
| APPOQUINIMINK SCHOOL DISTRICT ) | |
| and TONY MARCHIO, individually and in ) | **TRIAL BY JURY DEMANDED** |
| his official capacity, MARY ANN ) | |
| MIECZKOWSKI, individually and in her ) | |
| official capacity, DONNA MITCHELL, ) | |
| individually and in her official capacity, and ) | |
| MARION PROFFITT, individually and in ) | |
| her official capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on April 13, 2006, a copy of **Defendants' Expert Report Submitted by The Center for Forensic Economic Studies** was served upon the following counsel of record:

Philip B. Bartoshesky (via hand delivery)
Biggs & Battaglia
912 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I, Adria B. Martinelli, Esquire, hereby certify that on April 13, 2006, I electronically filed a true and correct copy of the foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip B. Bartoshesky, Esquire (#2056)
>Biggs & Battaglia
>912 N. Orange Street
>P.O. Box 1489
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Adria B. Martinelli
>William W. Bowser, Esquire (Bar I.D. 2239)
>Adria B. Martinelli, Esquire (Bar I.D. 4056)
>The Brandywine Building
>1000 West Street
>Wilmington, Delaware 19801
>Telephone: (302) 571-6601
>Facsimile: (302) 576-3282
>Email: wbowser@ycst.com