IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-103-SLR |
| ) | |
| APPOQUINIMINK SCHOOL DISTRICT ) | |
| and TONY MARCHIO, individually and in ) | **TRIAL BY JURY DEMANDED** |
| his official capacity, MARY ANN ) | |
| MIECZKOWSKI, individually and in her ) | |
| official capacity, DONNA MITCHELL, ) | |
| individually and in her official capacity, and ) | |
| MARION PROFFITT, individually and in ) | |
| her official capacity, ) | |
| ) | |
| Defendants. ) | |

## APPOQUINIMINK SCHOOL DISTRICT'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Appoquinimink School District moves for summary judgment pursuant to Fed. R. Civ. P. 56.  The grounds for this motion are set forth in Appoquinimink School District's opening brief in support of its motion for summary judgment.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> APPOQUINIMINK SCHOOL DISTRICT ) <br> and TONY MARCHIO, individually and in ) <br> his official capacity, MARY ANN ) <br> MIECZKOWSKI, individually and in her ) <br> official capacity, DONNA MITCHELL, ) <br> individually and in her official capacity, and ) <br> MARION PROFFITT, individually and in ) <br> her official capacity, ) <br> ) <br> Defendants. ) | C.A. No. 05-103-SLR <br><br> **TRIAL BY JURY DEMANDED** |

## **ORDER**

**IT IS ORDERED** this _____ day of _____, 2006, as follows:

    1.    The motion for summary judgment filed by Defendant Appoquinimink School District is **GRANTED**; and

    2.    The captioned case is dismissed with prejudice.

_____
USDJ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-103-SLR |
| | ) |
| APPOQUINIMINK SCHOOL DISTRICT | ) |
| and TONY MARCHIO, individually and in | ) **TRIAL BY JURY DEMANDED** |
| his official capacity, MARY ANN | ) |
| MIECZKOWSKI, individually and in her | ) |
| official capacity, DONNA MITCHELL, | ) |
| individually and in her official capacity, and | ) |
| MARION PROFFITT, individually and in | ) |
| her official capacity, | ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I, Adria B. Martinelli, Esquire, hereby certify that on June 30, 2006, I electronically filed a true and correct copy of the foregoing **Appoquinimink School District's Motion for Summary Judgment** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Philip B. Bartoshesky, Esquire (#2056)
>Biggs & Battaglia
>912 N. Orange Street
>P.O. Box 1489
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Adria B. Martinelli
>―――――――――――――――――
>William W. Bowser, Esquire (Bar I.D. 2239)
>Adria B. Martinelli, Esquire (Bar I.D. 4056)
>The Brandywine Building
>1000 West Street
>Wilmington, Delaware 19801
>Telephone: (302) 571-6601, 6613
>Facsimile: (302) 576-3282, 3314
>Email: wbowser@ycst.com; amartinelli@ycst.com