IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>APPOQUINIMINK SCHOOL DISTRICT )<br>and TONY MARCHIO, individually and in )<br>his official capacity, MARY ANN )<br>MIECZKOWSKI, individually and in her )<br>official capacity, DONNA MITCHELL, )<br>individually and in her official capacity, and )<br>MARION PROFFITT, individually and in )<br>her official capacity, )<br>)<br>Defendants. ) | C.A. No. 05-103-SLR<br><br>**TRIAL BY JURY DEMANDED** |

**DEFENDANT APPOQUINIMINK SCHOOL DISTRICT'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

# FILED UNDER SEAL PURSUANT TO D.I. 27

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com

DATED:      June 30, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-103-SLR |
| ) | |
| APPOQUINIMINK SCHOOL DISTRICT ) | |
| and TONY MARCHIO, individually and in ) | **TRIAL BY JURY DEMANDED** |
| his official capacity, MARY ANN ) | |
| MIECZKOWSKI, individually and in her ) | |
| official capacity, DONNA MITCHELL, ) | |
| individually and in her official capacity, and ) | |
| MARION PROFFITT, individually and in ) | |
| her official capacity, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Adria B. Martinelli, Esquire, hereby certify that on June 30, 2006, I electronically filed a true and correct copy of the foregoing **Defendant Appoquinimink School District's Opening Brief in Support of its Motion for Summary Judgment (SEALED)** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip B. Bartoshesky, Esquire (#2056)
> Biggs & Battaglia
> 912 N. Orange Street
> P.O. Box 1489
> Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com