IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OLGA ALEXANDRA YATZUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-103-SLR |
| | ) | |
| APPOQUINIMINK SCHOOL DISTRICT and TONY MARCHIO, individually and in his official capacity, MARY ANN MIECZKOWSKI, individually and in her official capacity, DONNA MITCHELL, individually and in her official capacity, and MARION PROFFITT, individually and in her official capacity, | ) ) ) ) ) ) ) ) ) ) | **TRIAL BY JURY DEMANDED** |
| Defendants. | ) | |

**APPENDIX TO DEFENDANTS' OPENING BRIEFS
IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT**

# REDACTED

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com

DATED:    July 10, 2006

## **TABLE OF CONTENTS**

Gehrt memo to Yatzus dated February 15, 1995 .................................................................. A1

Yatzus 1995 Performance Appraisal ................................................................................... A2

Yatzus 1995-96 Job Analysis ............................................................................................... A5

Gehrt memo to Yatzus dated February 28, 1996 .................................................................. A7

Gehrt memo to Yatzus dated May 30, 1996 ......................................................................... A8

Gehrt memo to Yatzus dated May 30, 1996 ......................................................................... A9

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ................................... A10

Vinokur Memo to Yatzus dated May 4, 2001 ..................................................................... A11

Yatzus memo to Vinokur dated May 17, 2001 ................................................................... A12

Marusa letter to Yatzus dated August 22, 2001 .................................................................. A14

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ................................... A15

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ................................... A19

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ................................... A49

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ................................... A61

Marchio letter to Yatzus dated July 3, 2002 ....................................................................... A62

Yatzus handwritten Summer Schedule ............................................................................... A63

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ................................... A64

Yatzus Timesheet (July 1-11, 2002) ................................................................................... A66

Yatzus Timesheet (July 1-11, 2002) ................................................................................... A67

Yatzus/Marchio emails dated August 5-6, 2002 ................................................................. A68

Yatzus/Boyd emails dated August 21, 2002 ....................................................................... A69

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ................................... A70

Marchio letter to Yatzus dated August 29, 2002 ................................................................. A73

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ................................ A75

Mieczkowski memo to Appoquinimink Psychologists
dated September 16, 2002 ..................................................................................................... A80

Mitchell letter to Yatzus dated September 25, 2002 ............................................................ A82

Dooley letter to Yatzus dated September 25, 2002 ............................................................... A83

Mitchell letter to Yatzus dated October 14, 2002 ................................................................ A84

Mieczkowski letter to Yatzus dated November 17, 2002 ..................................................... A85

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ................................ A86

Dooley letter to Yatzus dated January 8, 2003 ..................................................................... A89

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ................................ A90

Yatzus email to Boyd dated February 28, 2003 ..................................................................... A92

Marchio memo to Yatzus dated March 3, 2003 ..................................................................... A93

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ................................ A94

Proffitt letter to Boyd dated March 24, 2003 ........................................................................ A95

Proffitt letter to Boyd dated March 31, 2003 ........................................................................ A96

Mitchell letter to Yatzus dated April 2, 2003 ........................................................................ A97

Mitchell letter to Yatzus dated April 2, 2003 ........................................................................ A98

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ................................ A99

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ................................ A100

Mieczkowski memo to Yatzus dated April 9, 2003 ............................................................... A103

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ................................ A104

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ................................ A105

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ..........................A108

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ..........................A111

Marchio letter to Yatzus dated May 8, 2003..........................................................A113

Yatzus Absence Report Form (May 8 and 9, 2003) ..................................................A114

Yatzus/Marchio emails dated May 12, 2003 ...........................................................A115

Yatzus email to Mieczkowski dated May 12, 2003 ..................................................A116

Charge of Discrimination dated May 14, 2003........................................................A117

Marusa letter to Yatzus dated May 14, 2003 ..........................................................A118

Putnam letter to District Office dated May 27, 2003................................................A119

Boyd letter to Marusa dated May 30, 2003.............................................................A120

Cutler letter to Appoquinimink School District
dated June 3, 2003..............................................................................................A121

Marchio letter to Yatzus dated June 12, 2003.........................................................A122

DDOL Final Determination and Right to Sue Notice
dated October 21, 2004 .......................................................................................A123

EEOC Dismissal and Notice of Rights
dated November 29, 2004 ....................................................................................A125

Complaint dated February 21, 2005......................................................................A126

Defendants' Answers to Plaintiff's First Set of Interrogatories
dated November 22, 2005 ....................................................................................A135

**REDACTED: ENTIRETY OF PAGE CONFIDENTIAL** ..................................A136

**REDACTED: ENTIRETY OF PAGE CONFIDENTIAL** ..................................A137

Excerpts from the Deposition Transcript of Olga A. Yatzus
dated March 30, 2006 .........................................................................................A145

**REDACTED: ENTIRETY OF PAGE CONFIDENTIAL** ..................................A153

**REDACTED: ENTIRETY OF PAGE CONFIDENTIAL** ..................................A158

**REDACTED: ENTIRETY OF PAGES CONFIDENTIAL** ............................ A159-A165

**REDACTED: ENTIRETY OF PAGE CONFIDENTIAL** ............................ A210

Excerpts from the Deposition Transcript of Olga A. Yatzus
dated April 26, 2006 ............................................................................ A213

**REDACTED: ENTIRETY OF PAGE CONFIDENTIAL** ............................ A220

**REDACTED: ENTIRETY OF PAGE CONFIDENTIAL** ............................ A227

Excerpts from the Deposition Transcript of Tony Marchio, Ed.D.
dated March 21, 2006 .......................................................................... A233

**REDACTED: ENTIRETY OF PAGES CONFIDENTIAL** ............................ A236-A242

**REDACTED: ENTIRETY OF PAGE CONFIDENTIAL** ............................ A259

Excerpts from the Deposition Transcript of Donna L. Mitchell
dated April 5, 2006 .............................................................................. A265

Excerpts from the Deposition Transcript of Mary Ann Mieczkowski
dated April 12, 2006 ............................................................................ A272

Excerpts from the Deposition Transcript of Joseph B. Bryer, M.D.
dated May 2, 2006 ............................................................................... A278