IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OLGA ALEXANDRA YATZUS, | § § | |
| Plaintiff, | § § | Case No.: 05-103 SLR |
| v. | § § § | |
| APPOQUINIMINK SCHOOL DISTRICT and TONY MARCHIO, individually and in his official capacity, MARY ANN MIECZKOWSKI, individually and in her official capacity, DONNA MITCHELL, individually and in her official capacity, and MARION PROFFITT, individually and in her official capacity, | § § § § § § § § § § § | **TRIAL BY JURY DEMANDED** |
| Defendants. | § | |

**PLAINTIFF'S ANSWERING BRIEF OPPOSING DEFENDANT APPOQUINIMINK SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT**

# FILED UNDER SEAL
# PURSUANT TO D.I. 27

BIGGS AND BATTAGLIA

Philip B. Bartoshesky, Esquire
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
Pbarto@batlaw.com
Attorney for Plaintiff

Date:  July 18, 2006

# CERTIFICATE OF SERVICE

I, Philip B. Bartoshesky, Esquire, do hereby certify that on July 18, 2006 one true and correct copy of **PLAINTIFF'S ANSWERING BRIEF OPPOSING DEFENDANT APPOQUINIMINK SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT (UNDER SEAL)** were forwarded via Electronic Filing to the following:

William W. Bowser, Esq.
Adria B. Martinelli, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Floor
1000 West St.
Wilmington, DE 19801

BIGGS AND BATTAGLIA

/s/ Philip B. Bartoshesky
Philip B. Bartoshesky, Esquire
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
Attorney for Plaintiffs