IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, § § Plaintiff, § § v. § § APPOQUINIMINK SCHOOL DISTRICT § and TONY MARCHIO, individually § and in his official capacity, MARY ANN § MIECZKOWSKI, individually and in her § official capacity, DONNA MITCHELL, § individually and in her official capacity, § and MARION PROFFITT, individually § and in her official capacity, § § Defendants. § | Case No.: 05-103 SLR<br><br>**TRIAL BY JURY DEMANDED** |

## AFFIDAVIT OF OLGA YATZUS

# FILED UNDER SEAL
# PURSUANT TO D.I. 27

**BIGGS AND BATTAGLIA**

Philip B. Bartoshesky, Esquire
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
Pbarto@batlaw.com
Attorney for Plaintiff

Date:  July 18, 2006

# CERTIFICATE OF SERVICE

I, Philip B. Bartoshesky, Esquire, do hereby certify that on July 18, 2006 one true and correct copy of **AFFIDAVIT OF OLGA YATZUS FILED UNDER SEAL** were forwarded via Electronic Filing to the following:

> William W. Bowser, Esq.
> Adria B. Martinelli, Esq.
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Bldg., 17th Floor
> 1000 West St.
> Wilmington, DE 19801

BIGGS AND BATTAGLIA

\_\_\_\_/s/ Philip B. Bartoshesky
Philip B. Bartoshesky, Esquire
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
Attorney for Plaintiffs