IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> APPOQUINIMINK SCHOOL DISTRICT § <br> and TONY MARCHIO, individually § <br> and in his official capacity, MARY ANN § <br> MIECZKOWSKI, individually and in her § <br> official capacity, DONNA MITCHELL, § <br> individually and in her official capacity, § <br> and MARION PROFFITT, individually § <br> and in her official capacity, § <br> § <br> Defendants. § | Case No.: 05-103 SLR <br><br> **TRIAL BY JURY DEMANDED** |

Plaintiff's Appendix to the Answering Brief in Opposition to
Defendants' Motions for Summary Judgment

# REDACTED

BIGGS AND BATTAGLIA

Philip B. Bartoshesky, Esquire
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
Pbarto@batlaw.com
Attorney for Plaintiff

Date: July 25, 2006

## TABLE OF CONTENTS

Affidavit of Olga Yatzus .................................................................................................................. B-1
PARTS OF THE AFFIDAVIT REDACTED AS CONFIDENTIAL

Exhibit 1 ..................................................................................................................................... B-7(a)

Exhibit 2 ................................................................................................................................... B-10(a)

Exhibit 3 ................................................................................................................................... B-11(a)

Exhibit 4 ................................................................................................................................... B-12(a)
PARTS OF EXHIBIT 4 REDACTED AS CONFIDENTIAL

Exhibit 5 ................................................................................................................................... B-28(a)
PARTS OF EXHIBIT 5 REDACTED AS CONFIDENTIAL

Exhibit 6 ................................................................................................................................... B-43(a)

Exhibit 7 ................................................................................................................................... B-49(a)
PARTS OF EXHIBIT 7 REDACTED AS CONFIDENTIAL

Exhibit 8 ................................................................................................................................... B-63(a)
PARTS OF EXHIBIT 8 REDACTED AS CONFIDENTIAL

Excerpts of Deposition of Olga Yatzus .................................................................................. B-74
PARTS OF EXCERPTS OF DEPOSITION REDACTED AS CONFIDENTIAL

Excerpts of Deposition of Donna L. Mitchell ..................................................................... B-101
PARTS OF EXCERPTS OF DEPOSITION REDACTED AS CONFIDENTIAL

Excerpts of Deposition of Mary Ann Mieczkowski ........................................................... B-111
PARTS OF EXCERPTS OF DEPOSITION REDACTED AS CONFIDENTIAL

Excerpts of Deposition of Sharon E. Hill ........................................................................... B-121
PARTS OF EXCERPTS OF DEPOSITION REDACTED AS CONFIDENTIAL

Excerpts of Deposition of Judith L. Green, Ed.D. ............................................................ B-139
PARTS OF EXCERPTS OF DEPOSITION REDACTED AS CONFIDENTIAL

Excerpts of Deposition of James W. Dooley, Jr. ................................................................ B-150

Excerpts of Deposition of Chet K. Hadley ........................................................................ B-152
PARTS OF EXCERPTS OF DEPOSITION REDACTED AS CONFIDENTIAL

Excerpts of Deposition of Marion E. Proffitt, Ed.D. ....................................................... B-157
PARTS OF EXCERPTS OF DEPOSITION REDACTED AS CONFIDENTIAL

Excerpts of Deposition of Tony Marchio, Ed.D. ............................................................ B-162
PARTS OF EXCERPTS OF DEPOSITION REDACTED AS CONFIDENTIAL

E-mail transmission between Olga Yatzus and Zen Marusa ............................................ B-167

REDACTED:  ENTIRETY OF DOCUMENT CONFIDENTIAL........................................................ B168

REDACTED:  ENTIRETY OF DOCUMENT CONFIDENTIAL........................................................ B-169

REDACTED:  ENTIRETY OF DOCUMENT CONFIDENTIAL                                                        B-170

# CERTIFICATE OF SERVICE

I, Philip B. Bartoshesky, Esquire, do hereby certify that on July 25, 2006 one true and correct copy of PLAINTIFF'S APPENDIX TO THE ANSWERING BRIEFS IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT FILED UNDER SEAL (REDACTED) were forwarded via Electronic Filing to the following:

William W. Bowser, Esq.
Adria B. Martinelli, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Floor
1000 West St.
Wilmington, DE 19801

BIGGS AND BATTAGLIA

/s/ Philip B. Bartoshesky
Philip B. Bartoshesky, Esquire
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
Attorney for Plaintiffs