IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> APPOQUINIMINK SCHOOL DISTRICT ) <br> and TONY MARCHIO, individually and in ) <br> his official capacity, MARY ANN ) <br> MIECZKOWSKI, individually and in her ) <br> official capacity, DONNA MITCHELL, ) <br> individually and in her official capacity, and ) <br> MARION PROFFITT, individually and in ) <br> her official capacity, ) <br> ) <br> Defendants. ) | C.A. No. 05-103-SLR <br><br> **TRIAL BY JURY DEMANDED** |

**APPENDIX TO DEFENDANT APPOQUINIMINK SCHOOL DISTRICT'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

# REDACTED

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com

DATED:   July 28, 2006

## TABLE OF CONTENTS

Marusa letter to Yatzus dated August 22, 2001 .................................................................. C1

Yatzus Chronology (Spring – Sept, 2002) ........................................................................ C2

Waecker email to Mitchell dated February 25, 2003 ....................................................... C7

Yatzus letter to Mitchell dated February 28, 2003 ........................................................... C8

Yatzus/Boyd emails dated March 21, 2003 and April 1, 2003 ......................................... C9

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ........................... C11

Yatzus email to Boyd dated April 4, 2003 ....................................................................... C14

**REDACTED: ENTIRETY OF DOCUMENT CONFIDENTIAL** ........................... C15

Yatzus emails to Marchio, APDO and Mieczkowski
dated April 8, 2003, April 10, 2003 and April 23, 2003 ................................................. C18

Charge of Discrimination dated May 14, 2003 ............................................................... C21

Excerpts from the Deposition Transcript of Olga A. Yatzus
dated March 30, 2006 ...................................................................................................... C22

Excerpts from the Deposition Transcript of Olga A. Yatzus
dated April 26, 2006 ........................................................................................................ C43

Excerpts from the Deposition Transcript of Marion E. Proffitt, Ed.D.
dated February 21, 2006 .................................................................................................. C50

Excerpts from the Deposition Transcript of Donna L. Mitchell
dated February 23, 2006 .................................................................................................. C55

Excerpts from the Deposition Transcript of Chet K. Hadley
dated March 9, 2003 ........................................................................................................ C60

Excerpts from the Deposition Transcript of Sharon E. Hill
dated March 15, 2006 ...................................................................................................... C64

Excerpts from the Deposition Transcript of Tony Marchio, Ed.D.
dated March 21, 2006 ...................................................................................................... C69

Excerpts from the Deposition Transcript of Mary Ann Mieczkowski
dated April 12, 2006 ........................................................................................................ C79