IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.05-103-SLR |
| ) | |
| APPOQUINIMINK SCHOOL DISTRICT ) | |
| and TONY MARCHIO, individually and in ) | TRIAL BY JURY DEMANDED |
| his official capacity, MARY ANN ) | |
| MIECZKOWSKI, individually and in ) | |
| her official capacity, DONNA MITCHELL, ) | |
| individually and in her official capacity, and ) | |
| MARION PROFFITT, individually and in ) | |
| her official capacity, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the Maribeth L. Minella as attorney for Defendants, Appoquinimink School District, Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, and Marion Proffitt.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/Maribeth L. Minella
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
Maribeth L. Minella (Bar I.D. 4185)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601; 6613; 6708
Facsimile: (302) 576-3282; 3314; 3317
Email: wbowser@ycst.com; amartinelli@ycst.com; mminella@ycst.com
Attorneys for Defendants

DATED: October 11, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OLGA ALEXANDRA YATZUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-103-SLR |
| | ) | |
| APPOQUINIMINK SCHOOL DISTRICT, | ) | JURY TRIAL DEMANDED |
| and TONY MARCHIO, individually | ) | |
| and in his official capacity, MARY ANN | ) | |
| MIECZKOWSKI, individually and in her | ) | |
| official capacity, DONNA MITCHELL, | ) | |
| individually and in her official capacity, and | ) | |
| MARION PROFFITT, individually | ) | |
| and in her official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006, I electronically filed a true and correct copy of the foregoing **Entry of Appearance** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Philip B. Bartoshesky
Biggs and Battaglia
921 North Orange Street
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/Maribeth L. Minella
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
Maribeth L. Minella (Bar I.D. 4185)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6601; 6613; 6708
Facsimile: (302) 576-3282; 3314; 3317
Email:  wbowser@ycst.com; amartinelli@ycst.com; mminella@ycst.com
Attorneys for Defendants