IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> APPOQUINIMINK SCHOOL DISTRICT, ) <br> and TONY MARCHIO, individually ) <br> and in his official capacity, MARY ANN ) <br> MIECZKOWSKI, individually and in her ) <br> official capacity, DONNA MITCHELL, ) <br> individually and in her official capacity, and ) <br> MARION PROFFITT, individually ) <br> and in her official capacity, ) <br> ) <br> Defendants. ) | C.A. No. 05-103-SLR <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION IN LIMINE
TO EXCLUDE EVIDENCE RELATING TO PLAINTIFF'S EMPLOYMENT
<u>IN THE NEW CASTLE COUNTY VOTECH SCHOOL DISTRICT</u>**

Defendants, by and through their undersigned counsel, hereby respond to Plaintiff's Motion In Limine to Exclude Evidence Relating to Plaintiff's Employment in the New Castle County VoTech School District ("VoTech") as follows:

The VoTech evidence is highly probative of a key issue in the case: whether or not Defendants fabricated a false employment record based on "petty" performance issues. The fact that Yatzus received reprimands for similar offenses while at VoTech supports that these reasons were not "petty," as they were considered sufficient grounds for reprimand at another school district. The evidence pertains to her employment immediately preceding her hire by the Appoquinimink School District and relates to performance problems and responses identical to those in the current case.

The merit of these write-ups, or whether she also received positive performance appraisals is not relevant to this issue. Plaintiff admits to the factual accuracy of her reprimands concerning late reports and attendance at meetings.

Therefore, admission of this evidence would not necessitate admission of positive performance appraisals while at VoTech, or generate delay or confusion. The relevant evidence is the nature of Plaintiff's alleged performance problems as perceived by her employer, and her response when confronted with these problems.

Moreover, Plaintiff's response to criticism of her performance–alleging a hostile work environment and pursuing a lawsuit against her employer school district–tends to show her *modus operandi* when confronted with performance concerns. *See, e.g., Gastineau v. Fleet Mortgage Corp.*, 137 F.3d 490, 496 (7th Cir. 1998) (admitting evidence of claims against former employers because it showed motive, credibility, and *modus operandi*, and was therefore offered to show something other than the plaintiff's litigiousness).

The VoTech evidence demonstrates a specific pattern of conduct in response to a specific set of events and thus constitutes routine practice or habit under Fed. R. Evid. 406. The evidence reflects that with two separate employers, Plaintiff: (1) received written reprimands concerning attendance problems and failure to provide reports in a timely manner; (2) had notice her job was in jeopardy as a result of these concerns; (3) responded by alleging a hostile work environment based on some protected activity; and (4) consulted an attorney regarding filing a lawsuit against her employer-school district. This pattern shows a predictable response to certain situations and factors and is thus admissible.

For the foregoing reasons, Defendants respectfully request that Plaintiff's Motion In Limine to Exclude Evidence Relating to Plaintiff's Employment In The New Castle County VoTech School District be denied.

> Respectfully submitted,
>
> YOUNG CONWAY STARGATT & TAYLOR LLP
>
> /s/ Adria B. Martinelli
> William W. Bowser, Esquire (Bar I.D. 2239)
> Adria B. Martinelli, Esquire (Bar I.D. 4056)
> Maribeth L. Minella, Esquire (Bar. I.D. 4185)
> The Brandywine Building, 17th Floor
> 1000 West Street, P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6601; 6623; 6708
> Facsimile: (302) 576-3282; 3314; 3317
> Email: wbowser@ycst.com; amartinelli@ycst.com; mminella@ycst.com
> Attorneys for Defendants

DATED:    October 17, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-103-SLR |
| ) | |
| APPOQUINIMINK SCHOOL DISTRICT, ) | JURY TRIAL DEMANDED |
| and TONY MARCHIO, individually ) | |
| and in his official capacity, MARY ANN ) | |
| MIECZKOWSKI, individually and in her ) | |
| official capacity, DONNA MITCHELL, ) | |
| individually and in her official capacity, and ) | |
| MARION PROFFITT, individually ) | |
| and in her official capacity, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion In Limine to Exclude Evidence Relating to Plaintiff's Employment in the New Castle County VoTech School District, and Defendants' response thereto,

IT IS NOW HEREBY ORDERED this _____ day of _____, 2006, that the Motion is hereby DENIED.

_____
Chief Judge Sue L. Robinson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPOQUINIMINK SCHOOL DISTRICT, ) <br> and TONY MARCHIO, individually ) <br> and in his official capacity, MARY ANN ) <br> MIECZKOWSKI, individually and in her ) <br> official capacity, DONNA MITCHELL, ) <br> individually and in her official capacity, and ) <br> MARION PROFFITT, individually ) <br> and in her official capacity, ) <br> ) <br> Defendants. ) | C.A. No. 05-103-SLR <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2006, I electronically filed a true and correct copy of the foregoing **Defendants' Response to Plaintiff's Motion in Limine to Exclude Evidence Relating to Plaintiff's Employment in the New Castle County VoTech School District** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Philip B. Bartoshesky
> Biggs and Battaglia
> 921 North Orange Street
> Wilmington, DE 19801

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> /s/Adria B. Martinelli
> _____
> William W. Bowser, Esquire (Bar I.D. 2239)
> Adria B. Martinelli, Esquire (Bar I.D. 4056)
> Maribeth L. Minella (Bar I.D. 4185)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6601; 6613; 6708
> Facsimile: (302) 576-3282; 3314; 3317
> Email:  wbowser@ycst.com; amartinelli@ycst.com; mminella@ycst.com
> Attorneys for Defendants