| | **PLAINTIFF'S EXHIBIT LIST** | | |
|---|---|---|---|
| PX# | Description | Objection | Response |
| 1. | Curriculum *vitae* of Olga A. Yatzus<br>P394, 395, 423 | | |
| 2. | May 5, 2003, letter from Zen Marusa to Olga Yatzus<br>P221 | | |
| 3. | June 12, 2003, letter from Tony Marchio to Olga Yatzus<br>D67 | | |
| 4. | February 4, 2001, letter (misdated) from Vaughn Lauer to Olga Yatzus<br>P224 | | |
| 5. | February 13, 2002 letter from Mary Ann Profitt to Olga Yatzus<br>P225 | | |
| 6. | August 29, 2002, letter from Tony Marchio to Olga Yatzus<br>P227-228 | | |
| 7. | September 25, 2002, letter from James Dooley to Olga Yatzus<br>P230 | | |
| 8. | September 25, 2002, letter from Donna Mitchell to Olga Yatzus<br>P232 | | |
| 9. | September 30, 2002, letter from Mary Ann Mieczkowski to Olga Yatzus<br>P233 | | |

| | **PLAINTIFF'S EXHIBIT LIST** | | |
|---|---|---|---|
| PX# | Description | Objection | Response |
| 10. | October 14, 2002, letter from Donna Mitchell to Olga Yatzus<br>P234 | | |
| 11. | November 17, 2002, letter from Mary Ann Mieczkowski to Olga Yatzus<br>P235 | | |
| 12. | January 8, 2003, letter from James Dooley to Olga Yatzus<br>P236 | | |
| 13. | March 3, 2003, letter memorandum from Tony Marchio to Olga Yatzus<br>P240 | | |
| 14. | April 2, 2003, letter from Donna Mitchell to Olga Yatzus<br>P242 | | |
| 15. | April 2, 2003, letter from Donna Mitchell to Olga Yatzus<br>P243 | | |
| 16. | April 9, 2003, memorandum from Mary Ann Mieczkowski to Olga Yatzus<br>P244 | | |
| 17. | April 9, 2003, memorandum from Mary Ann Mieczkowski to Olga Yatzus<br>P245 | | |

| | **PLAINTIFF'S EXHIBIT LIST** | | |
|---|---|---|---|
| PX# | Description | Objection | Response |
| 18. | April 24, 2003, letter form Donna Mitchell to Olga Yatzus P247 | | |
| 19. | Email from Vickie Boyd to Olga Yatzus, April 1, 2003 P276-277 | No objection if 3/21/03 email from Yatzus to Boyd is redacted. Otherwise, Objection: hearsay (Rule 802); relevancy (Rule 402) | Relevant to Plaintiff's treatment by Defendants Not hearsay 802 (d)(2) Exception 803(5) |
| 20. | January 15, 2003, email from Olga Yatzus to Vickie Boyd P258-259 | Objection: relevancy (Rule 402); hearsay (Rule 802) | Relevant to Plaintiff's treatment by Defendants Not hearsay 802 (d)(2) Exception 803(5) |
| 21. | February 28, 2003, email from Olga Yatzus to Vickie Boyd P265 | Objection: relevancy (Rule 402); hearsay (Rule 802) | Relevant to Plaintiff's treatment by Defendants Not hearsay 802 (d)(2) Exception 803(5) |
| 22. | April 4, 2003, email from Olga Yatzus to Vickie Boyd P279, 280 | Objection to portion containing Yatzus email to Boyd (P279-280): hearsay (Rule 802) | Relevant to Plaintiff's treatment by Defendants Not hearsay 802 (d)(2) Exception 803(5) |
| 23. | August 8, 2002, email from Olga Yatzus to Vickie Boyd P286, 287 | Objection: relevancy (Rule 402); hearsay (Rule 802) | Relevant to Plaintiff's treatment by Defendants Not hearsay 802 (d)(2) Exception 803(5) |
| 24. | August 21, 2002, email from Olga Yatzus to Vickie Boyd P295 | Objection: relevancy (Rule 402); hearsay (Rule 802) | Relevant to Plaintiff's treatment by Defendants Not hearsay 802 (d)(2) Exception 803(5) |
| 25. | April 8, 2003, email from Tony Marchio to Olga Yatzus and Olga Yatzus to Angela Viccario and Tony Marchio P305-307 | | |

| | PLAINTIFF'S EXHIBIT LIST | | |
|---|---|---|---|
| PX# | Description | Objection | Response |
| 26. | April 10, 2003, email to Mary Ann Mieczkowski from Olga Yatzus and replies P362-364 | | |
| 27. | Email from Olga Yatzus to Donna Mitchell, et al. (April 4, 2003 and attachment) P445-448 | | |
| 28. | Email from Olga Yatzus to Mary Ann Mieczkowski (February 28, 2003) P267-268 | | |
| 29. | Email from Olga Yatzus to James Dooley (February 28, 2003) P269 | Objection: hearsay (Rule 802) | Not hearsay<br>801 hearsay exception 803(c)(5) |
| 30. | Email from Olga Yatzus to Donna Mitchell (February 28, 2003 P270 | | |
| 31. | April 28, 2003, email from Appoquinimink Board member to Olga Yatzus and from Olga Yatzus to board member P308 | Objection: hearsay (Rule 802) | Not hearsay<br>801(c) and (d)(2) |
| 32. | Draft press release containing email of April 23, 2003 P365 | Objection: relevancy (Rule 402) and hearsay (Rule 802) | Relevant to Plaintiff's connection to parents' group<br>Not hearsay<br>Rule 801(c) |

| | **PLAINTIFF'S EXHIBIT LIST** | | |
|---|---|---|---|
| PX# | Description | Objection | Response |
| 33. | February 5, 2002, notes by Ann Nutter of her interview with Olga Yatzus **P248-251** | Objection: hearsay (Rule 802); relevancy (Rule 402) | Relevant to validity of Plaintiff's claims and notice to Defendants<br>Not hearsay Rule 802(c), (d)(1), (2) |
| 34. | Witness statements for Lauer investigation February 8-18, 2002, of Teresa Cheek **D760-789** | Objection: relevancy (Rule 402); prejudicial (Rule 403); hearsay (Rule 802). | Relevant to validity of Plaintiff's claims and notice to Defendants<br>Not hearsay Rule 802(c), (d)(1), (2) |
| 35. | Cheek Legal memorandum to Nutter (February 19, 2002) **D218-229** | Objection: relevancy (Rule 402); prejudicial (Rule 403); hearsay (Rule 802). | Relevant to validity of Plaintiff's claims and notice to Defendants;<br>Not hearsay Rule 802(c), (d)(1), (2) |
| 36. | February 25, 2002, letter from Tony Marchio to Vaughn Lauer **D232** | | |
| 37. | Olga Yatzus memo to Tony Marchio July 9, 2002 P199-200 | | |
| 38. | August 21, 2002, email from Olga Yatzus to Teresa Cheek **D**247-249 | | |
| 39. | Olga Yatzus chronology (Spring – September 2002) P194-198 | Objection: relevancy (Rule 402); hearsay (Rule 802) | Relevant to abuse of Plaintiff<br>Not hearsay 801(d)(2)<br>Hearsay exception 803(5) |
| 40. | | Duplicate of PX21 | |

| | **PLAINTIFF'S EXHIBIT LIST** | | |
|---|---|---|---|
| PX# | Description | Objection | Response |
| 41. | Yatzus email to Harley Muzz (March 23, 2003) P351 | Objection: to the portion that constitutes hearsay beginning "students accounts" (Rule 802) | Agree to redact these portions |
| 42. | Letter of Marion Profitt to Vickie Boyd (March 31, 2003 D11 | | |
| 43. | Email from Olga Yatzus to Vickie Boyd (April 4, 2003) P282 | | |
| 44. | Emails from Tony Marchio to Olga Yatzus and from Olga Yatzus to Tony Marchio (May 12, 2003) P218 | | |
| 45. | Letter from Mr. Marusa to Olga Yatzus (May 14, 2003) P391 | | |
| 46. | Olga Yatzus chronology: February 2003 P204-208 | Objection: relevancy (Rule 402); hearsay (Rule 802) | Relevant to abuse of Plaintiff<br>Not hearsay 801(d)(2)<br>Hearsay exception 803(5) |
| 47. | March 21, 2003, email from Olga Yatzus to Vickie Boyd P274-275 | Objection: relevancy (Rule 402); hearsay (Rule 802) | Relevant to abuse of Plaintiff<br>Not hearsay 801(d)(2)<br>Hearsay exception 803(5) |
| 48. | May 5, 2003, letter from Zen Marusa to Sharon Hill D27731 | Objection: hearsay (Rule 802); relevancy (Rule 402); confusion (Rule 403) | Relevant to Defendants' pretextual reasons for actions and falsification of records<br>Not hearsay Rule 802(c), (d)(1), (2) |

| | **PLAINTIFF'S EXHIBIT LIST** | | |
|---|---|---|---|
| PX# | Description | Objection | Response |
| 49. | May 5, 2003, letter from Zen Marusa to Sharon Hill D27720 | Objection: hearsay (Rule 802); relevancy (Rule 402); confusion (Rule 403) | Relevant to Defendants' pretextual reasons for actions and falsification of records<br>Not hearsay Rule 802(c), (d)(1), (2) |
| 50. | Email from Phyllis Waecker to Donna Mitchell dated February 25, 2003 D291 | Objection: hearsay (Rule 802); relevancy (Rule 402) | Relevant to unjustified disciplinary action<br>Not hearsay Rule 801(c) |
| 51. | April 3, 2003, email from Olga Yatzus to Donna Mitchell P278 | Objection: hearsay (Rule 802) | Not hearsay 801(d)(2) |
| 52. | May 5, 2003, letter from Zen Marusa to Olga Yatzus D49 | | |
| 53. | April 10, 2003, email from Olga Yatzus to Mary Ann Mieczkowski P362-364 | Duplicate of PX26 | |
| 54. | Email "string" Tony Marchio, Angela Vicario (April 4, 2003) P298 | | |
| 55. | May 6, 2003, email Tony Marchio to Angela Vicario P312-313 | Objection: relevancy (Rule 402); prejudicial (Rule 403); subject of pending motion *in limine* | See pending motion *in Limine* and response |
| 56. | May 16, 2003, letter from Tony Marchio to Linda Carter D27567 | Objection: relevancy (Rule 402); prejudicial (Rule 403); subject of pending motion *in limine* | Relevant to show Defendants' mistreatment of students and notice of OCR complaint |

| | **PLAINTIFF'S EXHIBIT LIST** | | |
|---|---|---|---|
| PX# | Description | Objection | Response |
| 57. | September 18, 2003, letter from Robert Ford to Tony Marchio D27565 | Objection: relevancy (Rule 402); prejudicial (Rule 403); hearsay (Rule 802); subject of pending motion *in limine* | Relevant to show Defendants' mistreatment of students and notice of OCR complaint<br><br>Not hearsay 801(c) 803(6)(8) |
| 58. | August 12, 2003, letter from Robert Ford to Tony Marchio D27005-27007 | Objection: relevancy (Rule 402); prejudicial (Rule 403); hearsay (Rule 802); subject of pending motion *in limine* | Relevant to show Defendants' mistreatment of students and notice of OCR complaint<br><br>Not hearsay 801(c) 803(6)(8) |
| 59. | May 7, 2003, letter from Myra Coleman to Tony Marchio D25942 | Objection: relevancy (Rule 402); prejudicial (Rule 403); hearsay (Rule 802); subject of pending motion *in limine* | Relevant to show Defendants' mistreatment of students and notice of OCR complaint<br><br>Not hearsay 801(c) 803(6)(8) |
| 60. | Commitments to resolve Complaint 03031136 D25937 | Objection: relevancy (Rule 402); prejudicial (Rule 403); subject of pending motion *in limine* | Relevant to show Defendants' mistreatment of students and notice of OCR complaint |
| 61. | May 1, 2003, letter from Myra Coleman to Tony Marchio D27230 | Objection: relevancy (Rule 402); prejudicial (Rule 403); subject of pending motion *in limine* | Relevant to show Defendants' mistreatment of students and notice of OCR complaint |
| 62. | Olga Yatzus medical records – Dr. Bryer, Dr. Putnam | | |
| 63. | VoTech Job Analysis 3/4/98 D710-711 | Objection: relevancy (Rule 402); confusion (Rule 403) | Admissibility dependent upon ruling on motion *in Limine* on Defendants' Exhibits 1 - 6 |
| 64. | VoTech Job Analysis 6/2/99 D699-702 | Objection: relevancy (Rule 402); confusion (Rule 403) | Admissibility dependent upon ruling on motion *in Limine* on Defendants' Exhibits 1 - 6 |

| \ | PLAINTIFF'S EXHIBIT LIST | | |
|---|---|---|---|
| PX# | Description | Objection | Response |
| 65. | VoTech Job Analysis 1/29/99 D695-698 | Objection: relevancy (rule 402); confusion (Rule 403) | Admissibility dependent upon ruling on motion *in Limine* on Defendants' Exhibits 1 - 6 |
| 66. | VoTech Performace Appraisal 6/14/99 D712-715 | Objection: relevancy (Rule 402); confusion (Rule 403) | Admissibility dependent upon ruling on motion *in Limine* on Defendants' Exhibits 1 - 6 |
| 67. | VoTech Job Analysis 8/17/00 D703-704 | Objection: relevancy (Rule 402); confusion (Rule 403) | Admissibility dependent upon ruling on motion *in Limine* on Defendants' Exhibits 1 - 6 |
| 68. | Excerpt from Agreement between ASD and DSEA D372, 382 | | |