| **DEFENDANTS' EXHIBIT LIST** | | | |
|---|---|---|---|
| DX# | Description | Objection | Response |
| 1. | NCCVTD Job Analysis (1995-96 Ongoing Observation) (05/28/96) D684-685 | Hearsay – Rule 802<br>Relevance – Rule 402<br>Prejudice – Rule 403, 404, 406 | More probative than prejudicial under Rule 403; subject of pending motion *in limine* |
| 2. | Gehrt Memorandum to Yatzus (02/15/95) D709 | Hearsay – Rule 802<br>Relevance – Rule 402<br>Prejudice – Rule 403, 404, 406 | More probative than prejudicial under Rule 403; subject of pending motion *in limine* |
| 3. | Gehrt Memorandum to Yatzus (02/28/95) D716-717 | Hearsay – Rule 802<br>Relevance – Rule 402<br>Prejudice – Rule 403, 404, 406 | More probative than prejudicial under Rule 403; subject of pending motion *in limine* |
| 4. | Gehrt Memorandum to Yatzus (05/30/1996) D718 | Hearsay – Rule 802<br>Relevance – Rule 402<br>Prejudice – Rule 403, 404, 406 | More probative than prejudicial under Rule 403; subject of pending motion *in limine* |
| 5. | Vinokur Memorandum to Yatzus (05/04/01) D720 | Hearsay – Rule 802<br>Relevance – Rule 402<br>Prejudice – Rule 403, 404, 406 | More probative than prejudicial under Rule 403; subject of pending motion *in limine* |
| 6. | Yatzus Memorandum to Vinokur (05/17/01) D721-722 | Hearsay – Rule 802<br>Relevance – Rule 402<br>Prejudice – Rule 403, 404, 406 | More probative than prejudicial under Rule 403; subject of pending motion *in limine* |
| 7. | Marchio Letter to Lauer (02/25/02) D232 | | |
| 8. | Yatzus Memorandum to Marchio (07/09/02) P199-200 | | |
| 9. | ASD Hourly Personnel Time Sheet for Yatzus (07/01/02 to 07/11/02) (07/11/02) D81 | | |

DB01:2218786.1                                                                                                                        059265.1007

| **DEFENDANTS' EXHIBIT LIST** | | | |
|---|---|---|---|
| DX# | Description | Objection | Response |
| 10. | ASD Hourly Personnel Time Sheet for Yatzus (2nd submitted) (07/01/02 to 07/11/02) (08/01/02) D80 | | |
| 11. | Email Series Between Yatzus and Marchio (08/05/02 to 08/06/02) D524 | | |
| 12. | Boyd Email to Yatzus re: any new updates (08/21/02) P294 | | |
| 13. | Marchio Written Reprimand to Yatzus (08/29/02) D27-28 | | |
| 14. | Mieczkowski Memorandum (09/16/02) D101-102 | | |
| 15. | Dooley Written Reprimand to Yatzus (09/25/02) D727 | | |
| 16. | Mitchell Letter to Yatzus (09/25/02) P232 | | |
| 17. | Mieczkowski Written Reprimand (09/30/02) D22 | | |
| 18. | Email Series Between Yatzus and Boyd (10/06/02 to 10/07/02) P257 | | |

DB01:2218786.1                                                                                                      059265.1007

| | **DEFENDANTS' EXHIBIT LIST** | | |
|---|---|---|---|
| DX# | Description | Objection | Response |
| 19. | Excerpt from Yatzus Email to Boyd (10/07/02) P255 | | |
| 20. | Mitchell Written Reprimand to Yatzus (10/14/02) P234 | | |
| 21. | Mitchell Letter to Yatzus (10/14/02) P440 | | |
| 22. | Combined Final Reprimand from Mieczkowski (11/17/02) D30 | | |
| 23. | Dooley Reprimand to Yatzus (01/08/03) D15 | | |
| 24. | Dooley Reprimand to Yatzus (01/08/03) D16 | | |
| 25. | ASD Absence Report Form (Yatzus) (Personal) (05/08/03 to 05/09/03) D27497 | | |
| 26. | Yatzus Email to Mieczkowski (05/12/03) P216 | | |
| 27. | Yatzus Email to Marchio (05/12/03) P218 | | |
| 28. | Putnam Letter to ASD (05/27/03) P403 | | |

3

| \ | **DEFENDANTS' EXHIBIT LIST** | | |
|---|---|---|---|
| DX# | Description | Objection | Response |
| 29. | Excerpts from the Appoquinimink Employee Handbook 2001-02<br>D546, 589 | | |
| 30. | Page from Waecker's Office Calendar (02/24/03 to 02/26/03)<br>P37 | | |
| 31. | Marchio Memorandum to Yatzus (03/03/03)<br>D283 | | |
| 32. | Yatzus Email to Waecker (03/04/03)<br>P338 | | |
| 33. | Yatzus Email to Waecker (03/04/03)<br>P337 | | |
| 34. | Boyd Responsive Email to Yatzus (04/01/03)<br>P276 | | |
| 35. | Yatzus Email to HarleyMuz@cs.com (03/23/03)<br>P351 | | |
| 36. | Email Series between Mitchell, Hill, and Yatzus (03/31/03 to 04/04/03)<br>D27639 | | |
| 37. | Mitchell Reprimand Letter to Yatzus (04/04/03)<br>D8 | | |
| 38. | Mitchell Reprimand Letter to Yatzus (04/02/03)<br>D7 | | |

| **DEFENDANTS' EXHIBIT LIST** | | | |
|---|---|---|---|
| DX# | Description | Objection | Response |
| 39. | Yatzus Letter to Mitchell (04/04/03) D360-362 | | |
| 40. | Email Series Between Yatzus and Boyd (04/04/03) P279-280 | | |
| 41. | Yatzus Email to Boyd (04/04/03) P282 | | |
| 42. | Yatzus Email to Boyd (04/04/03) P281 | | |
| 43. | Yatzus Email to AM_Vicario@msn.com and Marchio (04/05/03) D86-87 | | |
| 44. | Yatzus Email to Vicario and Marchio (04/05/03 to 04/07/03) P300-301 | | |
| 45. | Mieczkowski Written Reprimand to Yatzus (04/09/03) D5 | | |
| 46. | Mieczkowski Written Reprimand to Yatzus (04/09/03) D4 | | |
| 47. | Mieczkowski Memorandum to Hill (04/09/03) D107 | | |
| 48. | Yatzus Email to Mieczkowski (04/10/03) D88-90 | | |

5

| \ | **DEFENDANTS' EXHIBIT LIST** | | |
|---|---|---|---|
| DX# | Description | Objection | Response |
| 49. | Mitchell Letter to Yatzus (04/24/03) P246 | | |
| 50. | Mitchell Reprimand Letter to Yatzus (04/24/03) P247 | | |
| 51. | Yatzus Email to Marusa (04/30/03) D1 | | |
| 52. | Marusa Letter to Yatzus (05/05/03) P393 | | |
| 53. | Marusa Letter to Yatzus (05/05/03) P25 | | |
| 54. | Marusa Letter to Yatzus (05/05/03) P15 | | |
| 55. | Marchio Letter to Yatzus (05/08/03) D50 | | |
| 56. | Marchio Letter to Yatzus (07/03/02) D75 | | |
| 57. | Yatzus Handwritten Note D79 | | |
| 58. | Excerpt from the Board of Education Minutes (5/13/03) D728, 741 | | |
| 59. | Charge of Discrimination (05/14/03) D790 | Relevance Rule 402 Confusion Rule 403 | More probative than prejudicial under Rule 403; subject of pending motion *in limine* |

6

| | **DEFENDANTS' EXHIBIT LIST** | | |
|---|---|---|---|
| DX# | Description | Objection | Response |
| 60. | Marusa Letter to Yatzus (05/14/03) P391 | | |
| 61. | EEOC Affidavit of Yatzus (05/14/03) P385-387 | Relevance Rule 402 Confusion Rule 403 | More probative than prejudicial under Rule 403; subject of pending motion *in limine* |
| 62. | Marusa Letter to Yatzus (05/22/03) P426 | | |
| 63. | Olga Yatzus medical records – Dr. Bryer, Dr. Putnam | | |
| 64. | Boyd Letter to Marusa (05/30/03) P388 | | |
| 65. | Marchio Letter to Yatzus (06/12/03) D67 | | |
| 66. | Baker Letter to Marusa (06/25/03) D100 | | |
| 67. | DDOL Final Determination and Right to Sue (10/21/04) D791-792 | Relevance Rule 402 Confusion Rule 403 | More probative than prejudicial under Rule 403; subject of pending motion *in limine* |
| 68. | EEOC Dismissal and Notice of Rights (11/29/04) D793 | Relevance Rule 402 Confusion Rule 403 | More probative than prejudicial under Rule 403; subject of pending motion *in limine* |
| 69. | Center for Forensic Economic Study Expert Report (04/12/06) | Failure to provide information required. F.R.C.P. 26 | Information provided in expert report filed pursuant to Scheduling Order |
| 70. | Blumberg Forensic Expert Report (04/19/06) | Failure to provide information required. F.R.C.P. 26 | Information provided in expert report filed pursuant to Scheduling Order |

DB01:2218786.1                                                                                                                               059265.1007

| **DEFENDANTS' EXHIBIT LIST** | | | |
|---|---|---|---|
| DX# | Description | Objection | Response |
| 71. | Weekly Schedule (9/23/02 – 9/27/02) D267-269 | | |
| 72. | Weekly Schedule (10/14/02 – 10/18/02) D270-271 | | |
| 73. | DDOL Information Questionnaire (4/29/03) D2 | Relevance 402<br>Confusion 403 | More probative than prejudicial under Rule 403; subject to pending Motion *In Limine* |
| 74. | Excerpts from the Appoquinimink Employee Handbook 2002-03<br>D591, D596 | | |