IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-103-SLR |
| ) | |
| APPOQUINIMINK SCHOOL DISTRICT, ) | JURY TRIAL DEMANDED |
| and TONY MARCHIO, individually ) | |
| and in his official capacity, MARY ANN ) | |
| MIECZKOWSKI, individually and in her ) | |
| official capacity, DONNA MITCHELL, ) | |
| individually and in her official capacity, and ) | |
| MARION PROFFITT, individually ) | |
| and in her official capacity, ) | |
| ) | |
| Defendants. ) | |

**JOINT PROPOSED
<u>VOIR DIRE TO JURY PANEL</u>**

Good morning, ladies and gentlemen. I am Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned: *Olga Alexandra Yatzus v. Appoquinimink School District, Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, and Marion Proffitt*. Briefly stated, this case is a civil action brought by Plaintiff Olga Alexandra Yatzus against the Defendants Appoquinimink School District, Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, and Marion Proffitt. Ms. Yatzus alleges that the Defendants retaliated against her for filing a sexual harassment claim and making First Amendment protected speech.

The trial is expected to last from November 6 to November 10; our trial days will run approximately from 9:30 a.m. to 4:30 p.m.

Plaintiff is represented by Philip B. Bartoshesky, an attorney with Biggs and Battaglia. Defendants are represented by Adria B. Martinelli and Maribeth Minella, attorneys with Young Conaway Stargatt & Taylor.

In light of this brief summary, I will ask the panel certain questions, the purpose of which is to: (1) enable the Court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to preemptory challenges; that is, challenges for which no reason need be given by counsel. If any of you answer any questions "yes," please stand up; and, upon being recognized by the Court, state your juror number. When I have concluded asking all the questions, we will call you to the Bench individually to speak with you about your affirmative response or responses.

### HAVE CLERK ADMINISTER THE OATH TO THE PANEL

1. Is any member of the panel related to the Plaintiff Olga Yatzus?

2. Is any member of the panel related to, or personally acquainted with, the Defendants Appoquinimink School District, Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, and Marion Proffitt, any Board member or employee, or ever had a child enrolled at a school of the Appoquinimink School District?

3. Is any member of the panel related to, or personally acquainted with, Philip Bartoshesky, Plaintiff's attorney or ever been represented by him or by any associate or member of his law firm, Biggs and Battaglia?

4. Is any member of the panel related to, or personally acquainted with, Adria Martinelli and Maribeth Minella, Defendants' attorneys or ever been represented by them or by any associate or member of their law firm, Young Conaway Stargatt & Taylor?

5. Is any member of the panel related to, or personally acquainted with, any of the following individuals who might appear as witnesses in this case?

**[INSERT FROM PRE-TRIAL STIPULATION]**

    6. Does any member of the panel have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

    7. Has any member of the panel ever been a plaintiff or a defendant in a civil lawsuit?

    8. Has any member of the panel ever served as a juror in a civil lawsuit?

    9. Does any member of the panel feel that they have been the victim of employment discrimination or retaliation?

    10. Has any member of the panel ever been accused of employment discrimination or retaliation?

    11. Does any member of the panel feel that you could not find in favor of the employer if you disagreed with the employer's decision to terminate an employee?

**[Plaintiff objects]**

    12. Does any member of the panel have children who have attended or currently attend a school in the Appoquinimink School District?

    13. Does any member of the panel have a child with special needs?

    14. Does any member of the panel feel that your child has been mistreated by a school district?

    15. Does any member of the panel have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

    16. Does any member of the panel know of any other matter which you believe should be called to the Court's attention as having some bearing upon your

qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Adria B. Martinelli
    William W. Bowser, Esquire (Bar I.D. 2239)
    Adria B. Martinelli, Esquire (Bar I.D. 4056)
    The Brandywine Building, 17th Floor
    1000 West Street, P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-6601, 6613
    Facsimile: (302) 576-3272, 3314
    Email: wbowser@ycst.com; amartinelli@ycst.com

    BIGGS & BATTAGLIA

    /s/ Philip B. Bartoshesky
    Philip B. Bartoshesky, Esquire (Bar I.D. 2056)
    912 N. Orange Street
    P.O. Box 1489
    Wilmington, DE 19899
    Telephone: (302) 655-9677
    Email: pbarto@batlaw.com