IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS,            ) | |
|                                   ) | |
|         Plaintiff,                ) | |
|                                   ) | |
|    v.                             ) | Civ. No. 05-103-SLR |
|                                   ) | |
| APPOQUINIMINK SCHOOL DISTRICT,    ) | |
| TONY MARCHIO, MARY ANN            ) | |
| MIECZKOWSKI, DONNA MITCHELL,      ) | |
| and MARION PROFFITT,              ) | |
|                                   ) | |
|         Defendants.               ) | |

**O R D E R**

At Wilmington this 24th day of October, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. The District's motion for summary judgment on plaintiff's Title VII claims is denied.

2. Defendants' motion for summary judgment on plaintiff's First Amendment claims is granted.

3. The District's motion for summary judgment on plaintiff's breach of covenant claim is granted in part and denied in part, as set forth in the memorandum opinion.

4. Plaintiff's claim of intentional infliction of emotional distress and Title VII claims against the individual defendants are dismissed, consistent with plaintiff's request. (D.I. 52)

                                    _____
                                         United States District Judge