IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, : | |
| : | |
| Plaintiff, : | Case No.: 05-103 SLR |
| : | |
| v. : | |
| : | |
| APPOQUINIMINK SCHOOL DISTRICT : | |
| and TONY MARCHIO, individually : | **TRIAL BY JURY DEMANDED** |
| and in his official capacity, MARY ANN : | |
| MIECZKOWSKI, individually and in her : | |
| official capacity, DONNA MITCHELL, : | |
| individually and in her official capacity, : | |
| and MARION PROFFITT, individually : | |
| and in her official capacity, : | |
| : | |
| Defendants. : | |

I, Philip B. Bartoshesky, do hereby certify that on October 31, 2006, I electronically filed and served a true and correct copy of the Plaintiff's Response to Defendants' Motion for Re Argument upon:

William W. Bowser, Esq.
Adria B. Martinelli, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Floor
1000 West St.
Wilmington, DE 19801

                                  **BIGGS & BATTAGLIA**
                                  /s Philip B. Bartoshesky
                                  Philip B. Bartoshesky (#2056)
                                  912 N. Orange Street
                                  P.O. Box 1489
                                  Wilmington, DE 19899
                                  (302) 655-9677

Dated: October 31, 2006                    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, § § Plaintiff, § § v. § § APPOQUINIMINK SCHOOL DISTRICT § and TONY MARCHIO, individually § and in his official capacity, MARY ANN § MIECZKOWSKI, individually and in her § official capacity, DONNA MITCHELL, § individually and in her official capacity, § and MARION PROFFITT, individually § and in her official capacity, § § Defendants. § | Case No.: 05-103 SLR<br><br>**TRIAL BY JURY DEMANDED** |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR REARGUMENT**

Plaintiff opposes Defendants' Motion to Re argue the Court's denial of Summary Judgment on Plaintiff's claim under the implied covenant of Good Faith and Fair Dealing.

Motions for Re argument are to be granted only in narrow circumstances such as where the Court has misunderstood a party's argument, made a decision on issues not presented or has made an error of apprehension. Motions for Re argument are not for the purpose of rehashing arguments already briefed.

Defendants' Motion for Re argument is nothing more than a repetition of arguments made in its opening brief. The argument was addressed in Plaintiff's Answering Brief. The Court decided the issue based upon the arguments presented by the parties.

The Court has correctly ruled that under *E.I. duPont De Nemours & Co. v. Pressman*, 679 A.2d. 436 (Del. 1996), the manufacture of a record to establish a fictitious basis for termination is a breach of the covenant of Good Faith and Fair Dealing. See *McHugh v. Board of Education,* 100 F.Supp.2d. 231 (D.Del 2000).

The Defendants' Motion for Re argument must be denied.

                                                                       **BIGGS & BATTAGLIA**
/s Philip B. Bartoshesky
Philip B. Bartoshesky(#2056)
912 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899
(302) 655-9677
Attorney for Plaintiff

Dated: October 31, 2006

# CERTIFICATE OF SERVICE

I, Philip B. Bartoshesky, Esquire, do hereby certify that on October 31, 2006 one true and correct copy of **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR RE ARGUMENT** was forwarded via Electronic Filing to the following:

William W. Bowser, Esq.
Adria B. Martinelli, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Floor
1000 West St.
Wilmington, DE 19801

**BIGGS AND BATTAGLIA**

/s/ Philip B. Bartoshesky
Philip B. Bartoshesky, Esquire
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
Attorney for Plaintiffs