**BIGGS AND BATTAGLIA**

ATTORNEYS AT LAW
921 NORTH ORANGE STREET
P.O. BOX 1489
WILMINGTON, DELAWARE 19899
(302) 655-9677
TELECOPIER: (302) 655-7924

**VICTOR F. BATTAGLIA**
**ROBERT D. GOLDBERG**
**PHILIP B. BARTOSHESKY**
**VICTOR F. BATTAGLIA, JR.**
**STEVEN F. MONES**

OF COUNSEL
**JOHN BIGGS III**
**GERARD P. KAVANAUGH, SR.**
**S. BERNARD ABLEMAN**

Writer's e-mail: **Pbarto@batlaw.com**

November 2, 2006

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, Delaware 19801

    Re: Yatzus v. Appoquinimink School District, et. al.
        Case Number: 05-103

Dear Judge Robinson:

    I am writing to inform the Court that this case, which is set to begin trial on November 6, 2006 has been resolved by the parties.

    The parties will file a Stipulation of Dismissal as soon as possible.

        Respectfully submitted,

        */s/ Philip B. Bartoshesky (#2056)*

        Philip B. Bartoshesky

PBB/ret
Cc: Adria Martinelli, Esquire
     William W. Bowser, Esquire