IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLGA ALEXANDRA YATZUS, | ) |
|                 Plaintiff, | ) |
|       v. | ) C.A. No. 05-103-SLR |
| APPOQUINIMINK SCHOOL DISTRICT, and TONY MARCHIO, individually and in his official capacity, MARY ANN MIECZKOWSKI, individually and in her official capacity, DONNA MITCHELL, individually and in her official capacity, and MARION PROFFITT, individually and in her official capacity, | ) JURY TRIAL DEMANDED |
|                 Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through the undersigned counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Adria B. Martinelli
                William W. Bowser, Esquire (Bar I.D. 2239)
                Adria B. Martinelli, Esquire (Bar I.D. 4056)
                The Brandywine Building, 17th Floor
                1000 West Street, P.O. Box 391
                Wilmington, Delaware 19899-0391
                Telephone: (302) 571-6601, 6613
                Facsimile: (302) 576-3272, 3314
                Email: wbowser@ycst.com; amartinelli@ycst.com
                Attorneys for Defendants

                BIGGS & BATTAGLIA

                /s/ Philip B. Bartoshesky
                Philip B. Bartoshesky, Esquire (Bar I.D. 2056)
                912 N. Orange Street
                P.O. Box 1489
                Wilmington, DE 19899
                Telephone: (302) 655-9677
                Email: pbarto@batlaw.com
                Attorneys for Plaintiff

DATED:    December 12, 2006