REVIEWED
By Larisha Davis at 11:44 am, Jun 26, 2007

CLOSED, MEDIATION, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00103-SLR
## Internal Use Only

| | |
|---|---|
| Yatzus v. Appoquinimink School District et al | Date Filed: 02/22/2005 |
| Assigned to: Honorable Sue L. Robinson | Date Terminated: 12/14/2006 |
| Cause: 42:2000 Job Discrimination (Sex) | Jury Demand: Both |
| | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Olga Alexandra Yatzus**     represented by     **Phillip B. Bartoshesky**
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899
(302) 655-9677
Email: pbarto@batlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Appoquinimink School District**     represented by     **William W. Bowser**
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6601
Fax: (302) 576-3282
Email: wbowser@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adria Benner Martinelli**
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6623
Fax: (302) 576-3314
Email: amartinelli@ycst.com
*ATTORNEY TO BE NOTICED*

**Maribeth Leslie Minella**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

        Email: bank@ycst.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tony Marchio**　　　　　　　　　　represented by　**William W. Bowser**
*individually and in his official capacity*　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Adria Benner Martinelli**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Maribeth Leslie Minella**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Mary Ann Mieczkowski**　　　　represented by　**William W. Bowser**
*individually and in her official capacity*　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Adria Benner Martinelli**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Maribeth Leslie Minella**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Donna Mitchell**　　　　　　　　　represented by　**William W. Bowser**
*individually and in her official capacity*　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Adria Benner Martinelli**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Maribeth Leslie Minella**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Marion Proffitt**　　　　　　　　　represented by　**William W. Bowser**
*individually and in her official capacity*　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Adria Benner Martinelli**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Maribeth Leslie Minella**
　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | Mieczkowski, Donna Mitchell, Marion Proffitt.(Martinelli, Adria) (Entered: 04/11/2006) |
| 04/13/2006 | 41 | NOTICE OF SERVICE of Defendants' Expert Report Submitted by The Center for Forensic Economic Studies by Appoquinimink School District, Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, Marion Proffitt.(Martinelli, Adria) (Entered: 04/13/2006) |
| 04/13/2006 | 42 | NOTICE OF SERVICE of Defendants' Supplemental Disclosures Pursuant to FRCP 26 (A) re 13 Notice of Service by Appoquinimink School District, Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, Marion Proffitt. Related document: 13 Notice of Service filed by Appoquinimink School District,, Donna Mitchell,, Tony Marchio,, Mary Ann Mieczkowski,, Marion Proffitt,.(Martinelli, Adria) (Entered: 04/13/2006) |
| 04/25/2006 | 43 | NOTICE OF SERVICE of Defendants' Forensic Psychiatric Report Submitted by Neil Blumberg, M.D., F.A.P.A., by Appoquinimink School District, Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, Marion Proffitt.(Martinelli, Adria) (Entered: 04/25/2006) |
| 06/30/2006 | 44 | MOTION for Summary Judgment - filed by Appoquinimink School District. (Martinelli, Adria) (Entered: 06/30/2006) |
| 06/30/2006 | 45 | MOTION for Summary Judgment - filed by Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, Marion Proffitt. (Martinelli, Adria) (Entered: 06/30/2006) |
| 06/30/2006 | 46 | SEALED OPENING BRIEF in Support re 44 MOTION for Summary Judgment filed by Appoquinimink School District.Answering Brief/Response due date per Local Rules is 7/17/2006. (Martinelli, Adria) (Entered: 06/30/2006) |
| 06/30/2006 | 47 | SEALED OPENING BRIEF in Support re 45 MOTION for Summary Judgment filed by Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, Marion Proffitt.Answering Brief/Response due date per Local Rules is 7/17/2006. (Martinelli, Adria) (Entered: 06/30/2006) |
| 06/30/2006 | 48 | SEALED APPENDIX re 46 Opening Brief in Support, 47 Opening Brief in Support by Appoquinimink School District, Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, Marion Proffitt. (Martinelli, Adria) (Entered: 06/30/2006) |
| 07/10/2006 | 49 | REDACTED VERSION of 45 MOTION for Summary Judgment, 47 Opening Brief in Support by Appoquinimink School District, Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, Marion Proffitt. (Martinelli, Adria) (Entered: 07/10/2006) |
| 07/10/2006 | 50 | REDACTED VERSION of 46 Opening Brief in Support by Appoquinimink School District, Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, Marion Proffitt. (Martinelli, Adria) (Entered: 07/10/2006) |
| 07/10/2006 | 51 | REDACTED VERSION of 48 Appendix by Appoquinimink School District, Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, Marion Proffitt. (Attachments: # 1 Appendix Part 1 of 4# 2 Appendix Part 2 of 4# 3 Appendix Part 3 of 4# 4 Appendix Part 4 of 4)(Martinelli, Adria) (Entered: 07/10/2006) |
| 07/18/2006 | 52 | ANSWERING BRIEF in Opposition re 45 MOTION for Summary Judgment filed by Olga Alexandra Yatzus.Reply Brief due date per Local Rules is 7/25/2006. (Bartoshesky, Phillip) Additional attachment(s) added on 7/26/2006 (fmt, ). Modified on 7/26/2006 (fmt, ). (Entered: 07/18/2006) |
| 07/18/2006 | 53 | SEALED ANSWERING BRIEF in Opposition re 44 MOTION for Summary Judgment filed by Olga Alexandra Yatzus.Reply Brief due date per Local Rules is 7/25/2006. (Bartoshesky, Phillip) (Entered: 07/18/2006) |
| 07/18/2006 | 54 | SEALED APPENDIX re 53 Answering Brief in Opposition, 52 Answering Brief in Opposition by Olga Alexandra Yatzus. (Bartoshesky, Phillip) (Entered: 07/18/2006) |
| | | |

| | | |
|---|---|---|
| 07/18/2006 | 55 | SEALED AFFIDAVIT of Olga Yatzus filed by Olga Alexandra Yatzus. (Bartoshesky, Phillip) (Entered: 07/18/2006) |
| 07/25/2006 | 56 | REDACTED VERSION OF D.I. 53 ANSWERING BRIEF in Opposition re 44 MOTION for Summary Judgment *REDACTED* filed by Olga Alexandra Yatzus. (Bartoshesky, Phillip) Modified on 7/25/2006 (fmt, ). (Entered: 07/25/2006) |
| 07/25/2006 | | CORRECTING ENTRY: The incorrect code has been used to docket D.I. 56. The code "Redacted Document" under "Other Documents" should have been used. The text of D.I. 56 has been corrected to reflect that it is the redacted version of D.I. 53 and the Reply Brief deadline has been deleted. (fmt, ) Modified on 7/25/2006 (fmt, ). (Entered: 07/25/2006) |
| 07/25/2006 | 57 | REDACTED VERSION OF D.I. 54 APPENDIX 55 AFFIDAVIT re 56 Answering Brief in Opposition *REDACTED* by Olga Alexandra Yatzus. (Attachments: # 1 Exhibit part 1# 2 Exhibit part 2# 3 Exhibit part 3# 4 Exhibit part 4)(Bartoshesky, Phillip) Modified on 7/25/2006 (fmt, ). Modified on 7/26/2006 (fmt, ). (Entered: 07/25/2006) |
| 07/25/2006 | | CORRECTING ENTRY: D.I. 57 has been corrected to reflect that it is the redacted version of D.I. 54 (fmt, ) (Entered: 07/25/2006) |
| 07/25/2006 | 58 | REPLY BRIEF re 45 MOTION for Summary Judgment filed by Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, Marion Proffitt. (Martinelli, Adria) (Entered: 07/25/2006) |
| 07/25/2006 | 59 | SEALED REPLY BRIEF re 44 MOTION for Summary Judgment filed by Appoquinimink School District. (Martinelli, Adria) (Entered: 07/25/2006) |
| 07/25/2006 | 60 | SEALED APPENDIX re 59 Reply Brief by Appoquinimink School District. (Martinelli, Adria) (Entered: 07/25/2006) |
| 07/26/2006 | | CORRECTING ENTRY: Per counsel, D.I. 52 (Answering Brief) should not have been filed under SEAL. The initial pdf attachment has been deleted and the proper one is now attached. (fmt, ) (Entered: 07/26/2006) |
| 07/28/2006 | 61 | REDACTED VERSION of 59 Reply Brief by Appoquinimink School District. (Martinelli, Adria) (Entered: 07/28/2006) |
| 07/28/2006 | 62 | REDACTED VERSION of 60 Appendix by Appoquinimink School District. (Attachments: # 1 Appendix Part 1# 2 Appendix Part 2)(Martinelli, Adria) (Entered: 07/28/2006) |
| 09/12/2006 | 63 | NOTICE of Subsequent Authority Pursuant to Rule 7.1.2(c) by Appoquinimink School District, Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, Marion Proffitt re 45 MOTION for Summary Judgment, 44 MOTION for Summary Judgment (Martinelli, Adria) (Entered: 09/12/2006) |
| 10/10/2006 | 65 | MOTION in Limine *to Exclude Evidence Relating to Plaintiff's Employment in the New Castle County Vo Tech School District* - filed by Olga Alexandra Yatzus. (Bartoshesky, Phillip) (Entered: 10/10/2006) |
| 10/10/2006 | 66 | MOTION in Limine *to Exclude Evidence of the Investigation and Determination of Administrative Agencies* - filed by Olga Alexandra Yatzus. (Bartoshesky, Phillip) (Entered: 10/10/2006) |
| 10/10/2006 | 67 | MOTION in Limine *to Exclude Testimony or Evidence Concerning Sexual Harassment Allegations Made by Other Employees* - filed by Appoquinimink School District, Tony Marchio, Mary Ann Mieczkowski, Donna Mitchell, Marion Proffitt. (Martinelli, Adria) (Entered: 10/10/2006) |
| 10/10/2006 | | CORRECTING ENTRY: D.I. 64 (MOTION in Limine to Exclude Evidence of the Investigation and Determination of Administrative Agencies) has been deleted from the docket. The MOTION was re-filed correctly as D.I. 66. (fmt, ) (Entered: 10/10/2006) |