OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

*August* |5 *, 2007*

Phillip B. Bartoshesky, ESQ.
Biggs & Battaglia
Email:pbarto@batlaw.com

RE:
**Yatzus v. Appoquinimink School District et al..**
        Civ. No. 05-cv-103-SLR

Dear Counsel:

        Pursuant to the Order entered on 07/31/2007 by the Honorable
Sue L. Robinson, the following documents are herewith being
returned to you:

ITEMS:    53,54,55.

        A copy of the signed acknowledgment has been attached for
your records.

                        Sincerely,

                        Peter T. Dalleo, Clerk

                        By:  ᏋᎬ . ᏔᎪᏆ

        I hereby acknowledge receipt of the above mentioned
documents

on _____ AUG 1 5 2007 .

                        Signature